UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH DUNBAR, individually and on Behalf of those similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | Case No.: 5:13-MD-002430-LHK<br><br>ORDER RE: APRIL 18, 2013 CASE MANAGEMENT CONFERENCE AND CLASS CERTIFICATION HEARING |

In light of the recent MDL Order, the Court will not hold a hearing on Plaintiff's Motion for Class Certification on April 18, 2013 at 1:30 p.m. as previously scheduled. Rather, the Court will hold a case management conference in all consolidated cases on that date at that time. The Court hereby authorizes any party wishing to appear by telephone to appear through Court Call; those parties shall contact Court Call at (866) 582-6878 to arrange their telephonic appearances. At the Case Management Conference, the parties in all consolidated cases should be prepared to discuss: (1) a schedule for the consolidated cases, including selection of lead plaintiff and lead plaintiff's counsel, and (2) whether the Court should proceed with the *Dunbar* class certification motion separately from the other cases. The parties in all consolidated cases shall file a Joint Case Management Conference Statement by 10:00 a.m. on Wednesday, April 17, 2013.

1

Case No.: 13-MD-02430-LHK
ORDER RE: APRIL 18, 2013 CASE MANAGEMENT CONFERENCE AND CLASS CERTIFICATION HEARING

1   **IT IS SO ORDERED.**

2   Dated: April 15, 2013

    _____
    LUCY H. KOH
    United States District Judge