UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No. 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown  
Reporter: Lee-Anne Shortridge  
Length of Hearing: 1hr 4 min

Plaintiffs' Attorneys: Sean F. Rommel, Christopher Travis, F. Jerome Tapley, Ernest Cory, Hirlye R. Lutz, III, James C. Wyly, Kirk J. Wolden, and Peter Drake Mann for Plaintiffs Keith Dunbar, Brian Scott, and Todd Harrington; Peter Litchfield for Plaintiffs Brian Scott and Todd Harrington; Michael C. Trammell for Plaitniff Keith Dunbar; Michael W. Slocumb, Richard M. Golumb, Blanch Gould for Plaintiffs Brent Scott, Matthew Knowles, and Kristen Brinkman; Thomas P. Rosenfeld, Kevin P. Green, Michael K. Ng, Michael Von Loewenfeldt for Plaintiff A.K

Defendant's Attorneys: Whitty Somvichian, Maco Stewart

An initial Case Management Conference for the consolidated actions was held on April 18, 2013. A further Case Management Conference is set for May 8, 2013, at 2:00 p.m.

Citing efficiency concerns, the Court rejected the Plaintiffs' proposed leadership structure as set forth in the parties' April 17, 2013 Joint Case Management Conference Statement. ECF No. 7. Plaintiffs shall file a new leadership structure proposal by April 26, 2013. Defendant shall file any response to Plaintiffs' proposal by April 30, 2013. Mr. Rommel and Mr. Tapley shall serve as interim co-lead counsel for Plaintiffs.

The Court will rule on pending Motions to Seal filed in connection with Dunbar's Motion for Leave to File Third Amended Class Action Complaint. By April 23, 2013, the parties shall withdraw the remaining motions pending before the undersigned judge, e.g. Dunbar's Motion for Class Certification and Google's Motion to Dismiss Scott I, and their related Motions to Seal. By

Case No.: 13-MD-02430-LHK  
CASE MANAGEMENT ORDER

April 23, 2013, the parties shall withdraw all motions pending in the cases that were transferred to the undersigned judge pursuant to the MDL Transfer Order.

The parties shall file an amended protective order by May 3, 2013.

The following case schedule was set:

DEADLINE TO FILE CONSOLIDATED COMPLAINT: May 16, 2013

MOTION TO DISMISS
    Motion to Dismiss or, alternatively, Defendant's Answer to the Complaint: June 13, 2013
    Opposition: July 11, 2013
    Reply: July 29, 2013.
    Hearing: September 5, 2013, at 1:30 p.m.

MOTION FOR CLASS CERTIFICATION
    Motion for Class Certification: October 24, 2013
    Opposition: November 21, 2013
    Reply: December 19, 2013.  If Plaintiffs file a Motion to Seal documents designated confidential by Defendant in Plaintiffs' Reply, Defendant's response in support of or opposition to Plaintiffs' Motion to Seal shall be due 14 days after Plaintiffs' Motion to Seal is filed.
    Hearing: January 16, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  April 19, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-MD-02430-LHK
CASE MANAGEMENT ORDER