UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH DUNBAR, individually and on Behalf of those similarly situated,<br><br>                          Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>                          Defendant. | Case No.: 5:13-MD-002430-LHK<br><br>ORDER SOLICITING RESPONSE TO DEFENDANT'S CONCERNS ABOUT PLAINTIFFS' AMENDED LEADERSHIP PROPOSAL |

The Court orders Plaintiffs to respond to Defendant's concerns about Plaintiffs' amended leadership proposal.  *See* ECF No. 14.  Plaintiffs shall file their response by May 6, 2013.

**IT IS SO ORDERED.**

Dated: May 1, 2013

                                            *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-MD-02430-LHK
ORDER SOLICITING RESPONSE TO DEFENDANT'S CONCERNS ABOUT PLAINTIFFS' AMENDED LEADERSHIP PROPOSAL