WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Plaintiffs' Interim Co-Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION | Case No.: 5:13-MD-002430-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

This Stipulation is entered into pursuant to Civil L.R. 7-11(a) and 7-12, by and between Plaintiffs Robert Fread and Raphael Carrillo ("Plaintiffs") and Defendant Google Inc. ("Google") (collectively, the "Parties"), by and through the respective undersigned counsel.

The Parties stipulate that, pursuant to Civil L.R. 3-12, the parties agree that *Fread, et al. v. Google, Inc.*, Case No. CV 13-01961 HRL ("*Fread Gmail Action*"), should be related to *In re: Google Inc. Gmail Litigation* ("MDL 2430"), Case No. 5:13-MD-002430-LHK, and the consolidated complaint to be filed May 16, 2013, in MDL 2430 should supersede the existing complaint in the *Fread Gmail Action*.

///

///

**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
Case No.: 5:13-MD-002430-LHK          1

1  **IT IS SO STIPULATED.**

Dated:  May 1, 2013                           CORY WATSON CROWDER & DEGARIS, P.C.

By:     /s/ F. Jerome Tapley
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896


WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

*Attorneys for Plaintiffs and
Plaintiffs' Interim Co-Lead Counsel*


Dated:  May 1, 2013                           COOLEY LLP

By:     /s/ Whitty Somvichian
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorney for Defendant*

///
///
///
///
///
///
///
///

**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' STIPULATED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED**
Case No.: 5:13-MD-002430-LHK          2

1  PURSUANT TO STIPULATION, IT IS ORDERED that *Fread, et al. v. Google, Inc.*, Case No. CV 13-01961 HRL is related to *In re: Google Inc. Gmail Litigation*, Case No. 5:13-MD-002430-LHK and the Clerk shall, pursuant to the Assignment Plan and Civil L.R. 3-12(f)(1) shall reassign *Fread, et al. v. Google, Inc.*, Case No. CV 13-01961 HRL to Hon. Lucy H. Koh and shall notify the Parties and Judge Howard R. Lloyd.

Dated: May 6, 2013

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT COURT

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, F. Jerome Tapley hereby attests that concurrence in the filing of this document has been obtained.*

**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
Case No.: 5:13-MD-002430-LHK          3