# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.<br><br>Plaintiff(s),<br><br>v.<br><br>Google Inc.<br><br>Defendant(s). | Case No: 13-MD-02430<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Thomas P. Rosenfeld, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is James M. Wagstaffe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2227 South State Route 157<br>Edwardsville, IL 62025 | 100 Spear Street<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(618) 656-5150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 371-8500 |
| MY EMAIL ADDRESS OF RECORD:<br>tom@ghalaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wagstaffe@kerrwagstaffe.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06301406.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/07/13

Thomas P. Rosenfeld
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas P. Rosenfeld is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 8, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

PRO HAC VICE APPLICATION & ORDER