UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No. 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown
Reporter:  Irene Rodriguez
Length of Hearing:  29 minutes

Plaintiffs' Attorneys:

   Sean F. Rommel, Jerome Tapley, and Kirk J. Wolden for Plaintiffs Keith Dunbar, Brian Scott, Todd Harrington, and Robert Fread;

   Charles L. Gould for Plaintiffs Brent Scott, Matthew Knowles, and Kristen Brinkman;

   Kenneth J. Grunfeld for Keith Dunbar, Brian Scott, Todd Harrington, A.K., Brent Scott, Matthew Knowles, and Kristen Brinkman;

   Michael K. Ng and Thomas P. Rosenfeld for Plaintiff A.K

Defendant's Attorney: Whitty Somvichian

   A Case Management Conference for the consolidated actions was held on May 8, 2013. A further Case Management Conference is set for September 5, 2013, at 1:30 p.m.

   The Court adopted Plaintiffs' amended leadership proposal. ECF Nos. 12 and 27. The Court denied Plaintiff A.K.'s request for a minors' committee. Should attorney's fees ever be requested in this case, the Court will not award any fees for duplicative and inefficient work.

   As set forth during the Case Management Conference, each side shall be limited to 50 interrogatories and 20 depositions. The interrogatories and depositions previously taken in the *Dunbar* action do not count towards the 50 interrogatory and 20 deposition limit. Google shall be permitted to take a second, 7-hour deposition of Plaintiff Keith Dunbar.

Case No.: 13-MD-02430-LHK
CASE MANAGEMENT ORDER

Plaintiffs' request that Plaintiffs be permitted to take separate case-specific discovery in addition to the discovery in the MDL proceedings is DENIED.  All case-specific discovery must be conducted as part of the MDL-related discovery.

The page limits for Defendant's Motion to Dismiss and Plaintiffs' Motion for Class Certification shall be: (1) 30 pages for the opening brief; (2) 30 pages for the Opposition brief; and (3) 20 pages for the Reply brief.

The case schedule remains as set at the April 18, 2013 Case Management Conference:

DEADLINE TO FILE CONSOLIDATED COMPLAINT: May 16, 2013

MOTION TO DISMISS
   Motion to Dismiss or, alternatively, Defendant's Answer to the Complaint: June 13, 2013
   Opposition: July 11, 2013
   Reply: July 29, 2013.
   Hearing: September 5, 2013, at 1:30 p.m.

MOTION FOR CLASS CERTIFICATION
   Motion for Class Certification: October 24, 2013
   Opposition: November 21, 2013
   Reply: December 19, 2013.  If Plaintiffs file a Motion to Seal documents designated
      confidential by Defendant in Plaintiffs' Reply, Defendant's response in support of
      or opposition to Plaintiffs' Motion to Seal shall be due 14 days after Plaintiffs'
      Motion to Seal is filed.
   Hearing: January 16, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  May 8, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-MD-02430-LHK
CASE MANAGEMENT ORDER