| | |
|---|---|
| 1 | WYLY~ROMMEL, PLLC |
| | Sean F. Rommel (*Pro Hac Vice*) |
| 2 | Email: srommel@wylyrommel.com |
| | 4004 Texas Boulevard |
| 3 | Texarkana, Texas 75503 |
| | Telephone: (903) 334-8646 |
| 4 | Facsimile: (903) 334-8645 |
| 5 | CORY WATSON CROWDER & DEGARIS, P.C. |
| | F. Jerome Tapley (*Pro Hac Vice*) |
| 6 | Email: jtapley@cwcd.com |
| | 2131 Magnolia Avenue |
| 7 | Birmingham, AL 35205 |
| | Telephone: (205) 328-2200 |
| 8 | Facsimile: (205) 324-7896 |
| 9 | Plaintiffs' Co-Lead Counsel |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | | Master Docket No: 5:13-md-02430-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | **ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL (UNDER PROTEST) PORTIONS OF PLAINTIFFS' CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT** |
| | | JURY DEMANDED |
| | | Judge:   Hon. Lucy H. Koh |
| | | Dept.:   Courtroom 8, 4th Floor |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 79-5 and 7-11, N.D. General Order 62, and Civil Standing Order Regarding Motions to File Under Seal U.S. District Judge Lucy H. Koh dated December 1, 2011 ("Judge Koh Standing Order"), Plaintiffs hereby file this Administrative Motion To Conditionally File Under Seal.

///

///

**ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL**
5:13-md-02430-LHK                                    1

Local Rule 79-5(d) provides, "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule." Judge Koh's Standing Order requires a party "seeking to file documents under seal shall also publically e-file, as an exhibit to the administrative motion to file under seal, a proposed public redacted version of the documents[.]"

Plaintiffs and their Counsel present this conditional motion to seal in deference to Google's "Confidential" and "Highly Confidential – Attorneys' Eyes Only" designations under the operative protective order, and in submission to their obligations under the Rules and Orders of this Court. However, this filing should not be construed as Plaintiffs' or their Counsels' agreement to the sealing of the redactions Plaintiffs have been forced to make to the Consolidated Individual and Class Action Complaint. Plaintiffs and their Counsel object to sealing given the document sought to be redacted is a complaint, ("the root, the foundation, the basis by which a suit arises and must be disposed of[,]") sealing should not be considered absent a clear, convincing and compelling basis to reject the general rule that judicial records are public records. *See In re NVIDIA Corp. Derivative Litigation No. 125*, 2008 WL 1859067, at *3 (N.D. Cal. 2008).

Attached hereto as Exhibit "1" to the Declaration of Kirk J. Wolden is a proposed public redacted version of Plaintiffs' Consolidated Individual and Class Action Complaint.

///
///
///
///
///
///
///

**ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL**
5:13-md-02430-LHK                    2

Respectfully submitted,

Dated: May 16, 2013					CORY WATSON CROWDER & DEGARIS, P.C.

						By: */s/ F. Jerome Tapley*
						F. Jerome Tapley (*Pro Hac Vice*)
						Email: jtapley@cwcd.com
						2131 Magnolia Avenue
						Birmingham, AL 35205
						Telephone: (205) 328-2200
						Facsimile: (205) 324-7896

						WYLY~ROMMEL, PLLC
						Sean F. Rommel (*Pro Hac Vice*)
						Email: srommel@wylyrommel.com
						4004 Texas Boulevard
						Texarkana, Texas 75503
						Telephone: (903) 334-8646
						Facsimile: (903) 334-8645

						Plaintiffs' Co-Lead Counsel

						CARTER WOLDEN CURTIS, LLP
						Kirk J. Wolden (SBN 138902)
						Email: kirk@cwclawfirm.com
						1111 Exposition Boulevard, Suite 602
						Sacramento, California 95815
						Telephone:  (916) 567-1111
						Facsimile:  (916) 567-1112

						Plaintiffs' Liaison Counsel

**ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL**
5:13-md-02430-LHK			3