# EXHIBIT AA

# YAHOO! PRIVACY

Search Web

**Home** | **Products** | **Topics** | **Privacy Tools** | **Help**

## Yahoo! Mail

Yahoo! Privacy Policy  >  Yahoo! Privacy Policy  >  Yahoo! Mail

Email | Print

### Yahoo! Privacy

To find out how Yahoo! treats your personal information, please visit our Privacy Policy. This page describes current Yahoo! practices with respect to this product. Information on this page may change as Yahoo! adds or removes features.

### Relevant Advertising

By bringing content and advertising to you that is relevant and tailored to your interests, Yahoo! provides a more compelling online experience. Our customized "smart" services save you time and cut through the clutter. Learn More about relevant advertising.

### Yahoo! Social Bar Activity

Please read our FAQ to learn more about Yahoo! Social Bar Activity, or visit the Yahoo! Social Bar Activity Help pages if you have additional questions.

### Opt-Out

Prefer not to receive advertising based on your interests? Learn about your ability to opt out of interest-matched advertising served by Yahoo!.

## Yahoo! Mail

Yahoo! Mail is a free web-based email service. In order to use Yahoo! Mail, you must be a registered Yahoo! user. You may also purchase premium services such as Mail Plus for a fee. This Privacy Policy applies to the newest version of Yahoo! Mail. To see the Privacy Policy for previous versions of Yahoo! Mail, please click here.

**Information Collection and Use Practices**

- Premium services, such as Mail Plus, are available for a fee.
- When you sign up for premium services, you will be asked to enter your credit card information. Yahoo! takes your security seriously and takes reasonable steps to protect your information. We use industry-standard SSL (Secure Socket Layer) to encrypt the transmission of your credit card and other information used when ordering premium services.
- Billing
    - To view, edit or cancel Yahoo! premium services you have ordered, please visit Yahoo! Premium Services Account Information. It includes information about services you currently subscribe to, payment scheduling and payment history.

**Personally Relevant Experiences**

- Yahoo! provides personally relevant product features, content, and advertising, and spam and malware detection by scanning and analyzing Mail, Messenger, and other communications content. Some of these features and advertising will be based on our understanding of the content and meaning of your communications. For instance, we scan and analyze email messages to identify key elements of meaning and then categorize this information for immediate and future use.
    - Please read our FAQ to learn more.
    - This information may also be used for interest-based advertising. To learn more, you can visit Yahoo!'s control tool for interest-based advertising.
- Yahoo! Mail may include interactive mail features from 3rd parties as well. Your personally identifiable information is not directly shared with the 3rd party without your consent.

**Message Search and Access**

- Yahoo! Mail and Yahoo! Messenger now share a common search platform. You may now elect to archive Yahoo! instant messages along with Yahoo! Mail messages and search them together (including Voice Mail, SMS, and more).
- Messages stored on Yahoo! servers in this manner are accessible from any computer system or device able to access Yahoo! Mail or the latest versions of Yahoo! Messenger.
- Yahoo! may scan and analyze instant messages you elect to archive in order to provide personally relevant product features, content, and advertising, and spam and malware detection.

**Information Sharing and Disclosure Practices**

- Yahoo! Mail includes IP addresses in outgoing mail message headers, as specified by standard Internet protocol.

- When users click on the Spam and Not Spam buttons, information is sent to Yahoo!'s anti-spam team or other spam compliance service providers for review, and aspects of these messages may be shared with the sender to reduce spam. See our spam FAQ for more information.

**Practices Regarding Your Ability to Update or Delete Information**

- You can modify your settings and preferences in your Yahoo! Mail account by accessing "Account Information".

**Other**

- When you use Yahoo! Mail, you are subject to the Yahoo! Terms of Service.

- Please see Yahoo! Mail Help if you have questions about this service.

This page describes current Yahoo! practices with respect to this particular service. This information may change as Yahoo! revises this service by adding or removing features or using different service providers. To find out how Yahoo! treats your personal information, please visit our Privacy Policy.

Copyright © 2013 Yahoo! Inc. All Rights Reserved.

Privacy | Legal