1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE INC. GMAIL LITIGATION | ) | Master Docket No.:  5:13-MD-002430-LHK |
|---|---|---|
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | ) ) ) ) ) ) | ORDER REGARDING RESPONSE TO REQUEST FOR JUDICIAL NOTICE |

Defendant has contacted the Court to inquire whether the deadline to respond to Plaintiffs' Request for Judicial Notice ("RJN") in support of Plaintiffs' Opposition to the Motion to Dismiss is the same as Defendant's deadline to file its Reply in support the Motion to Dismiss. Defendant may file a 2 page response to Plaintiffs' RJN by July 29, 2013.

**IT IS SO ORDERED.**

Dated: July 23, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-MD-02430-LHK
ORDER REGARDING RESPONSE TO REQUEST FOR JUDICIAL NOTICE