COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | CASE NO. 5:13-MD-002430 LHK (PSG)<br><br>SUPPLEMENTAL DECLARATION OF KYLE WONG IN SUPPORT OF DEFENDANT GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT AND REQUEST FOR JUDICIAL NOTICE |

I, Kyle Wong, declare:

**1.** I am an attorney admitted to practice law in the State of California and Special Counsel at Cooley LLP, counsel for Google Inc. ("Google"). Except as noted otherwise, I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

**2.** Attached hereto as **Exhibit QQ** is a true and correct copy of Children's Online Privacy Protection Act, S. 2326, 105th Cong. (as introduced on July 17, 1998).

**3.** Attached hereto as **Exhibit RR** is a true and correct copy of the Testimony of the Federal Trade Commission before the Subcommittee on Consumer Protections, Product Safety,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1328189/SF

1.

DECL. OF KYLE WONG ISO GOOGLE'S REPLY ISO
MOTION TO DISMISS CONSOL. COMPLAINT
5:13-MD-002430-LHK (PSG)

1  and Insurance, July 15, 2010.

2      I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct. Executed on July 29, 2013, in San Francisco, California.

5                      /s/ *Kyle C. Wong*
6                      Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1328189/SF

2.

DECL. OF KYLE WONG ISO GOOGLE'S REPLY ISO
MOTION TO DISMISS CONSOL. COMPLAINT
5:13-MD-002430-LHK (PSG)

**FILER'S ATTESTATION**

Pursuant to Local Civil Rule 5-1(i), the undersigned attests that the party whose signature appears above has concurred in the filing of this declaration. The undersigned shall maintain records to support this concurrence in accordance with Rule 5-1(i)(3).

Dated: July 29, 2013                    COOLEY LLP

/s/ *Whitty Somvichian*
Whitty Somvichian (194463)

Attorneys for Defendant
GOOGLE INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1328189/SF

3.

DECL. OF KYLE WONG ISO GOOGLE'S REPLY ISO
MOTION TO DISMISS CONSOL. COMPLAINT
5:13-MD-002430-LHK (PSG)