WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 13-MD-02430-LHK<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANT  GOOGLE, INC.'s PENDING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT (Doc. No. 44)**<br><br>Date:     September 5, 2013<br>Time:    1:30 p.m.<br>Judge:   Hon. Lucy H. Koh<br>Place:    Courtroom 8—4th Floor |

///

///

**STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANT  GOOGLE, INC.'s PENDING MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT (Doc. No. 44)**
5:13-MD-002430-LHK

Pursuant to Local Rule 7-3(d)(2), Plaintiffs bring to the Court's attention the recent decision and Order in *Diamond v. Google, Inc.,* Superior Court of the State of California, County of Marin, Case No. CIV-1202715, a copy of which is attached as Exhibit "1" hereto. The Order was entered on August 14, 2013, after Plaintiffs' Opposition to this Motion was filed. The decision and Order is relevant to: Google's Argument, Section IV(c)(1) entitled "CIPA does not apply to email communications" including Google's statement that: "a California Court [*Diamond v. Google*] has specifically held that ***CIPA does not apply to the automated processing of email in the Gmail System***." Doc. No. 44, 21:6-7 (emphasis in original).

Respectfully submitted,

Dated: August 16, 2013            CARTER WOLDEN CURTIS, LLP

By: */s/ Kirk J. Wolden*
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone:  (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

*Plaintiffs' Co-Lead Counsel*