In Re Google Inc., Gmail Litigation
Master Docket No.: 13-MD-02430-LHK

# EXHIBIT 1

```
                                                    FILED
                                                    AUG 14 2013
                                                    KIM TURNER, Court Executive Officer
                                                    MARIN COUNTY SUPERIOR COURT
                                                    By R. Smith, Deputy
```

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MARIN

| | |
|---|---|
| STUART DIAMOND, ESQ., individually and on behalf of a similarly situated Class,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. CIV-1202715<br><br>[~~PROPOSED~~] ORDER OVERRULING DEFENDANT GOOGLE, INC.'S DEMURRER TO PLAINTIFF'S FIRST AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND STATUTORY DAMAGES<br><br>Date: July 17, 2013<br>Time: 8;30 a.m.<br>Dept: Hon. Roy O. Chernus |

Defendant Google, Inc.'s Demurrer to Plaintiff's First Amended Complaint came on regularly for hearing on July 17, 2013 at 8:30 a.m., in Dept. B of this Court, the Hon. Roy O. Chernus, Presiding. Whitty Somvichian appeared for moving party Google, Inc. Kirk J. Wolden, Sean Rommel, F. Jerome Tapley, and Charles Litchfield appeared for Plaintiff. The matter was argued and submitted. Based upon the Plaintiff's First Amended Complaint, the papers submitted in support and in opposition to Google's demurrer thereto, and the arguments of counsel, the Court ORDERS:

///
///
///
///

1

Google's Demurrer to the First Amended Complaint is overruled. Plaintiff's amended allegations are sufficient to state a cause of action under Penal Code §631 or Penal Code §632. Defendant Google, Inc. shall answer the First Amended Complaint within twenty (20) days of the date of entry of this Order.

Dated: 8/14/13

HON. ROY O. CHERNUS