WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Co-Lead Counsel for PLAINTIFFS

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant GOOGLE INC.

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION | Case No. 5:13-MD-002430-LHK (PSG) <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: September 5, 2013 <br> Time: 1:30 p.m. <br> Courtroom: 8 – 4th Floor <br> Judge: Hon. Lucy H. Koh <br> Trial date: None Set |

## I. INTRODUCTION

Plaintiffs and Defendant Google Inc. ("Google") hereby submit this Joint Case Management Statement pursuant to Civil Local Rule 16-9 to provide an update of events since the last case management conference in this matter on May 8, 2013. Except as otherwise updated below, the Parties' positions are as set forth in the prior Joint Case Management Statements filed April 18, 2013 and May 1, 2013.

### 1. Motions.

At the suggestion of the Court, and by agreement of the parties, all non-administrative motions in the consolidated cases have been withdrawn. The Court ruled on the administrative motions previously pending in *Dunbar v. Google Inc.*, 5:12-cv-03305-LHK (PSG) on August 14, 2013 and August 19, 2013, and Google filed sealed and unsealed copies of materials in compliance with the Court's determinations.

Currently pending before this Court is Google's Motion to Dismiss Plaintiffs' Consolidated Individual and Class Action Complaint. The parties have completed briefing on the latter motion, and hearing on that motion is set for September 5, 2013.

### 2. Pleadings.

Plaintiffs filed a Consolidated Complaint on May 17, 2013.

### 3. Discovery Matters.

The parties have entered a protective order, served various discovery requests and responses, and conferred on several discovery issues.

Plaintiffs have served Requests for Production of Documents; Google has provided its responses and objections to those Requests and has begun producing further responsive documents, in addition to the documents previously produced in the *Dunbar* matter, which have been made available for use in this MDL. Google has served Requests for Production of Documents on Plaintiffs; Plaintiffs have provided responses and objections to those Requests.

Plaintiffs have served Interrogatories, to which Google has responded. Google has served Interrogatories, to which Plaintiffs have responded. Two 30(b)(6) depositions of Google witnesses took place this week and the parties are conferring on the scheduling of further

depositions. Google has requested that the named Plaintiffs be deposed before the class certification process. The parties are currently scheduling those depositions.

The parties continue to negotiate an agreement regarding coordination of discovery in this action and in the related *Diamond v. Google Inc.* action in California state court, and anticipate finalizing that agreement in the next ten business days.

**4.     Related Cases.**

Pursuant to the Parties' joint request in the Supplemental Joint Case Management Statement filed May 1, 2013, the Court consolidated the action titled *Fread v. Google Inc.*, Northern District of California, No. 5:13-cv-01961 with this action.

Respectfully Submitted,

                              CARTER WOLDEN CURTIS, LLP
                              Kirk J. Wolden (SBN 138902)
                              Email: kirk@cwclawfirm.com
                              1111 Exposition Boulevard, Suite 602
                              Sacramento, California 95815
                              Telephone:  (916) 567-1111
                              Facsimile:  (916) 567-1112

                              Plaintiffs' Liaison Counsel

                              WYLY~ROMMEL, PLLC
                              Sean F. Rommel (*Pro Hac Vice*)
                              Email: srommel@wylyrommel.com
                              4004 Texas Boulevard
                              Texarkana, Texas 75503
                              Telephone: (903) 334-8646
                              Facsimile: (903) 334-8645

                              Plaintiffs' Co-Lead Counsel

1  Dated:  August 29, 2013                               CORY WATSON CROWDER & DEGARIS, P.C.

2

3                                                        By: /s/ F. Jerome Tapley
                                                             F. Jerome Tapley (*Pro Hac Vice*)
                                                             Email:  jtapley@cwcd.com
4                                                            Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
                                                             Email:  rlutz@cwcd.com
5                                                            2131 Magnolia Avenue
                                                             Birmingham, AL  35205
6                                                            Telephone:    (205) 328-2200
                                                             Facsimile:    (205) 324-7896
7
                                                             Plaintiffs' Co-Lead Counsel
8

9  Dated: August 29, 2013                                COOLEY LLP

10

11                                                       By: /s/ Whitty Somvichian
                                                             MICHAEL G. RHODES (116127)
                                                             Email:  rhodesmg@cooley.com
12                                                           WHITTY SOMVICHIAN (194463)
                                                             Email:  wsomvichian@cooley.com
13                                                           KYLE C. WONG
                                                             Email:  kwong@cooley.com
14                                                           101 California Street, 5th Floor
                                                             San Francisco, CA  94111-5800
15                                                           Telephone:    (415) 693-2000
                                                             Facsimile:    (415) 693-2222
16
                                                             Attorneys for Defendant Google Inc.
17

18

19  *Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

20

21

22

23

24

25

26

27

28