| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 3 | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
| 4 | KYLE C. WONG (224021) (kwong@cooley.com) |
| 5 | 101 California Street, 5th Floor |
| 6 | San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000 |
| 7 | Facsimile:      (415) 693-2222 |
| 8 | Attorneys for Defendant |
| 9 | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.  5:13-md-002430 LHK (PSG) |
|---|---|
| | **STATEMENT OF RECENT DECISION RE DEFENDANT GOOGLE INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT** |
| | **Civ. L.R. 7-3(d)(2)** |
| | Hearing on Motion to Dismiss to be held on: |
| | Date:      September 5, 2013<br>Time:     1:30 p.m.<br>Judge:   Hon. Lucy H. Koh<br>Dept.:    Courtroom 8 - 4th Floor |
| | Trial Date:  Not yet set |

STATEMENT OF RECENT DECISIONS

Defendant Google Inc. ("Google") respectfully submits for the Court's consideration the recent decision of:

- *Fraley v. Facebook, Inc.*, No. CV 11-01726-RS, 2013 WL 4516819 (N.D. Cal. Aug. 26, 2013) (Seeborg, J.) (overruling objections to a settlement on the basis that the Children's Online Privacy Protection Act ("COPPA") may preempt state laws regarding parental consent for individuals over the age of 13 and that California Family Code § 6701 is not implicated by a minor's establishment or use of social network profile). A true and correct copy of the decision is attached as **Exhibit A** hereto.

This case is relevant to Google's Motion to Dismiss, including the application of California Family Code § 6701 and its preemption by COPPA.

Dated: September 4, 2013

COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
KYLE C. WONG (224021)


 */s/ Whitty Somvichian*
Whitty Somvichian (194463)
Attorneys for Defendant GOOGLE INC.

1332161/SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STATEMENT OF RECENT DECISIONS RE
GOOGLE'S MTN TO DISMISS CONSOL COMPL.
CASE NO. 5:13-MD-002430-LHK (PSG)