UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 5:13-MD-02430-LHK<br><br>ORDER REGARDING CASE MANAGEMENT CONFERENCE |

The Court orders the Parties to file a joint case management statement pursuant to Civil Local Rule 16-9 and this Court's standing order by Monday, September 30, at 6 p.m. The Parties shall include a proposed case schedule in their joint case management statement.

**IT IS SO ORDERED.**

Dated: September 27, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 13-MD-02430-LHK
ORDER REGARDING CASE MANAGEMENT STATEMENT