WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 13-MD-02430-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Lucy H. Koh<br>Place:  Courtroom 8—4th Floor |

///

///

**STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO
CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT**
5:13-MD-002430-LHK

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS:**

WHEREAS, *Brinkman v. Google, Inc.*, 2:12-cv-06699-AB ("*Brinkman* Action") was filed on or about November 30, 2012 in the Eastern District of Pennsylvania with Kristen Brinkman as the designated proposed Class Representative for the putative Pennsylvania Class;

WHEREAS, the *Brinkman* Action was transferred to Judge Lucy H. Koh, in the San Jose Division of the Northern District of California, by Order of the Judicial Panel on Multidistrict litigation by Order dated April 1, 2013 (MDL Doc. 32);

WHEREAS, this Court ordered that the claims stated in the *Brinkman* Action be included in a consolidated complaint (Doc. 9);

WHEREAS, Plaintiffs' Consolidated Individual and Class Action Complaint including the claims stated by proposed Class Representative *Brinkman* was filed on May 16, 2013 (Doc. 38-2);

WHEREAS, pleading motions regarding Plaintiffs' Consolidated Individual and Class Action Complaint have been briefed, argued and submitted; and

WHEREAS, counsel in the *Brinkman* action, Golomb & Honik, P.C., have lost contact with proposed class representative *Brinkman* and, despite repeated efforts, have been unable to locate or reestablish any contact with her, and are reasonably concerned that she may no longer have the ability to participate as an individual and/or proposed Class Representative for the putative Pennsylvania Class.

The PARTIES do hereby Stipulate and agree as follows:

1. The Consolidated Individual and Class Action Complaint (Doc. 38-2), is amended to add Ronald A. Kovler as a proposed Class Representative for the putative Pennsylvania Class pursuant to Fed. R. Civ. Proc. 15(a)(2) and/or Fed. R. Civ. Proc. 21;

2. The addition of Mr. Kovler as proposed Class Representative shall not expand the Class definition, including its operative time, nor shall it otherwise alter the nature or extent of the claims stated by or for the putative Pennsylvania Class;

///

///

3. Plaintiff Kovler shall respond to discovery previously propounded by defendant Google, Inc. on Kristen Brinkman on or before October 2, 2013, and shall appear for deposition in Baltimore, Maryland on October 9, 2013;

4. Paragraph 366 of the operative Consolidated Individual and Class Action Complaint is modified and amended to read as follows: "At the time Plaintiff sent the emails to @gmail.com account holders, Plaintiff did so from his rkoves@aol.com account.";

5. Wherever the name "Brinkman" or "Kristen Brinkman" appears in the operative Consolidated Individual and Class Action Complaint, the complaint is modified and amended to replace these name references with "Kovler" or "Ronald Kovler", and all references to Kovler shall be in the masculine.

6. In light of the Court's dismissal of the Pennsylvania "received" claims by Order dated September 26, 2013, and because Plaintiffs shall not attempt to amend to restate the Pennsylvania "received" claims, the claims of Ronald Kovler individually and on behalf of the Pennsylvania Class he proposes to represent shall exclude "received" claims and relate solely to "sent" claims as described in the Court's September 26, 2013 Order.  Plaintiff Kovler reserves and retains any and all appeal rights he may have individually or in a representative capacity with respect to said Order, but acknowledges he has no more rights regarding appeal than Kristen Brinkman would have if she remained a named Plaintiff; and

7. The claims of Kristen Brinkman, without prejudice to the rights of Google, Inc., are Dismissed Without Prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2).

IT IS SO STIPULATED BY THE PARTIES

Respectfully submitted,

Dated: October 1, 2013   CARTER WOLDEN CURTIS, LLP

By: _/s/ Kirk J. Wolden_____
    Kirk J. Wolden (SBN 138902)
    Email: kirk@cwclawfirm.com
    1111 Exposition Boulevard, Suite 602
    Sacramento, California 95815
    Telephone: (916) 567-1111
    Facsimile:  (916) 567-1112

**STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT**
5:13-MD-002430-LHK            2

COOLEY, LLP


By: /s/ *Whitty Somvichian*
 Whitty Somvichian, Esq.
 Michael Rhodes, Esq.
 101 California, 5th Floor
 San Francisco, CA 94111-5800

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/2/2013                          *Lucy H. Koh*
                                          Hon. Lucy H. Koh

**STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT**
5:13-MD-002430-LHK                    3