UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.: 13-MD-02430-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown   Plaintiffs' Attorneys: Sean Rommel, Jerome Tapley, Kirk
Reporter: Summer Fisher           Wolden
Length of Hearing: 16 minutes   Defendant's Attorneys: Whitty Somvichian, Michael Rhodes

A Case Management Conference for the consolidated actions was held on October 2, 2013. A further Case Management Conference is set for January 16, 2014, at 1:30 p.m.

The Court set a schedule for briefing on Defendant's motion to certify for interlocutory appeal the Court's order on Defendant's Motion to Dismiss. Defendant shall file its motion by October 9, 2013. Plaintiffs shall file an opposition, if any, by October 16, 2013. The Court set a hearing on the motion for October 29, 2013, at 10 a.m.

The Court GRANTED the Parties' stipulation to extend the deadline for Google to file its Answer to October 18, 2013.

The Court set the remainder of the case schedule:

CLASS CERTIFICATION:
    Motion: October 24, 2013
    Opposition: November 21, 2013
    Reply: December 19, 2013. If Plaintiffs file a Motion to Seal documents designated
        confidential by Defendant in Plaintiffs' Reply, Defendant's response in support of
        or opposition to Plaintiffs' Motion to Seal shall be due 14 days after Plaintiffs'
        Motion to Seal is filed.
    Hearing: January 16, 2014, at 1:30 p.m.

Case No.: 13-MD-02430-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

DEADLINE FOR PRIVATE MEDIATION: March 15, 2014

FACT DISCOVERY CUTOFF: April 3, 2014

EXPERT DISCOVERY:
    Opening Expert Reports: April 17, 2014
    Rebuttal Expert Reports: May 1, 2014
    Close of Expert Discovery: May 15, 2014

DEADLINE TO FILE DISPOSITIVE MOTIONS: May 29, 2014.  The parties are limited to one dispositive motion per side.  The last day for the hearing on dispositive motions is July 17, 2014, at 1:30 p.m.

FINAL PRETRIAL CONFERENCE: September 25, 2014, at 1:30 p.m.

JURY TRIAL: October 20, 2014, at 9 a.m.  Trial is expected to last 9 days.

**IT IS SO ORDERED.**

Dated:  October 2, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-MD-02430-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER