```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127)
 2  (rhodesmg@cooley.com)
    WHITTY SOMVICHIAN (194463)
 3  (wsomvichian@cooley.com)
    KYLE C. WONG (224021)
 4  (kwong@cooley.com)
    101 California Street, 5th Floor
 5  San Francisco, CA 94111-5800
    Telephone:    (415) 693-2000
 6  Facsimile:    (415) 693-2222

 7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    KATHLEEN M. SULLIVAN (242261)
 8  (kathleensullivan@quinnemanuel.com)
    51 Madison Avenue, 22nd Floor
 9  New York, NY 10010
    Telephone:    (212) 849-7000
10  Facsimile:    (212) 849-7100

11  Attorneys for Defendant
    GOOGLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No. 5:13-md-02430-LHK<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GOOGLE INC.**<br><br>Dep't:  Courtroom 8 – 4th floor<br>Judge: Hon. Lucy H. Koh |

Defendant Google Inc. files this Notice of Appearance and hereby notifies the Court and Plaintiffs that Kathleen M. Sullivan of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 hereby enters her appearance as counsel of record for Defendant in this action.

DATED: October 8, 2013               QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                     /s/   Kathleen M. Sullivan
                                     Kathleen M. Sullivan (242261)
                                     Attorneys for Defendant GOOGLE INC.