WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF PROPOSED CLASS COUNSEL KIRK J. WOLDEN IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Date:    January 16, 2014<br>Time:   1:30 p.m.<br>Judge:  Hon. Lucy H. Koh<br>Place:   Courtroom 8—4th Floor<br><br>Trial Date: October 20, 2014 |

///

///

///

**DECLARATION OF PROPOSED CLASS COUNSEL KIRK J. WOLDEN IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK

I, KIRK J. WOLDEN, declare that:

1. I am a Partner of Carter Wolden Curtis, LLP. I graduated from U.C. Santa Cruz with a B.A. in Psychology (President's Undergraduate Fellow) in 1984. I received my Juris Doctor degree from Hastings College of the Law in 1988. I have been admitted to practice in the State of California since December 1988. I am admitted to the High Court in New Zealand and the High Court of Australia, having actively practiced in Australia as a solicitor and barrister between 1992 and 1994, before returning to California. Since 1994, I have practiced exclusively in litigation matters with an emphasis on complex litigation. From 1997 to 2005, I was an associate and later partner in a defense firm that specialized in representing defendants in complex litigation matters. I represented numerous defendants in class actions, including acting as lead counsel in multi-state class actions. In 2005, I joined the Arnold Law Firm where I was a lead trial attorney, and also headed the Class Action and Mass Torts Departments. In March 2013, I started my own firm specializing in the representation of plaintiffs in class actions and personal injury matters. Since 2005, I have devoted my practice exclusively to the representation of consumers in personal injury and consumer litigation. I have extensive experience in the litigation of representative claims under California's Unfair Competition Law and Consumer Legal Remedies Acts.

2. I have been involved in this litigation since the transfer of the Dunbar action to the Northern District of California in June 2012. From that point, I have worked closely with Jerome Tapley and Sean Rommel in the prosecution of what, in April 2012, became this MDL. Prior to the establishment of the MDL, I worked extensively on the motion to dismiss Dunbar, Dunbar discovery including motion practice, and on the motion to certify which was pending at the time the MDL was established. Messrs. Tapley, Rommel and I, and others, worked to respond to Google's MDL petition, and to develop a workable and efficient plan for the conduct of the Plaintiffs' cases in the event of consolidation or coordination by the Judicial Panel on Multi-District Litigation. Shortly after the MDL was established, I was appointed Liaison Counsel in this MDL. Since my appointment, the predominant focus of my professional activities has been on this action, in the execution of my duties as Liaison Counsel and more

**DECLARATION OF PROPOSED CLASS COUNSEL KIRK J. WOLDEN IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                    1

1  generally working closely with Co-Lead Counsel in the day-to-day prosecution of this
2  consolidated action, including all briefing, discovery, and case management activities.  I have
3  worked closely with Co-Lead Counsel and the Plaintiffs' Executive Committee in all of the
4  briefing presented to the Court, and on all aspects of discovery.  The Court is aware of the work
5  product that has been presented on behalf of Plaintiffs in this MDL, and I defer to this Court's
6  judgment regarding the quality of representation by counsel in the MDL to date.  I seek
7  appointment as Class Counsel in this action.

8        3.    I was co-lead counsel in *Keilholtz v. Lennox*, et al., Northern District Court of
9  California, Case No. 4:-08-cv-836-CW.  In this capacity, and along with co-counsel including
10 Jerome Tapley and Ryan Lutz, I was responsible for and handled the management and day to
11 day activities of a consumer safety class action involving defective hazardous fireplaces
12 through: 1) pre-litigation investigation including the provision of notice under CLRA; 2)
13 pleading and motion practice; 3) certification discovery; 4) certification and appeals arising due
14 to the certification of a national class; 5) merits discovery; 6) trial preparation, and exhaustive
15 and lengthy settlement negotiations which led to publication by notice and formal; and 7)
16 approval of and judgment on a national class action settlement which afford benefits to a class
17 of approximately 600,000 fireplace owners.

18        4.    On August 17, 2013, I was appointed Co-Class Counsel in *Rotandi v. Miles
19 Industries, Ltd.*, Northern District of California Case No. 3:11-cv-02146-EDL, a consumer
20 safety national class action involving over 30,000 gas fireplaces manufactured by a Canadian
21 company.

22        5.    I am currently lead counsel in several class actions involving deceptive practices
23 and consumer injury that are at various stages of litigation.  I was recently appointed to the
24 Executive Committee in *Sutter Medical Information Cases*, JCCP 4698, a coordinated
25 California Class action involving the California Medical Information Act, and the alleged
26 disclosure of over a million Sutter patients' confidential medical information.  I currently
27 represent plaintiffs in four other class actions alleging violations of state laws respecting
28 consumer privacy.  In the recent past, I was selected as counsel for one of the named class

**DECLARATION OF PROPOSED CLASS COUNSEL KIRK J. WOLDEN IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                2

representatives of the California state sub-class in *In Re: Vytroin/Zetia Marketing and Sales Practices Litigation,* MDL Docket No. 1938, a group of consumer and payer class actions consolidated by the Judicial Panel for Multi-District Litigation in the United States District Court for the District of New Jersey, and I was appointed to the plaintiffs' steering committee in *In Re: Denture Crèam Products Liability Litigation,* MDL No. 2051, where I was a member of the Discovery Committee and also led the Committee's work regarding the several state law-based consumer class actions in the MDL. I regularly try personal injury cases involving product defects as lead counsel. In the last three years, I have tried several personal injury cases to verdict, including verdicts in excess of $1 million, $2.5 million, $3.5 million, and $10 million.

6. I have worked directly with Rafael Carrillo and Robert Fread in this action. These plaintiffs have participated actively in this litigation to this point, assisting in the preparation of documents including complaints and declarations, putting together documents and information necessary in anticipation of written discovery requests, and communicating with me and co-counsel in a timely fashion as is necessary. It is my firm belief that they are willing and able to continue participating actively in this litigation toward the common goal of fair and reasonable class relief, and stopping Google's alleged violations of state and federal privacy laws.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I have personal knowledge of the matters stated in this declaration. If called as a witness, I could and would and testify competently as to those matters.

Executed on this 24th day of October, 2013 at Sacramento, California.

*/s/ Kirk J. Wolden*
KIRK J. WOLDEN

**DECLARATION OF PROPOSED CLASS COUNSEL KIRK J. WOLDEN IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                3