WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF PROPOSED CLASS COUNSEL RICHARD M. GOLOMB IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Date:    January 16, 2014<br>Time:   1:30 p.m.<br>Judge:  Hon. Lucy H. Koh<br>Place:   Courtroom 8—4th Floor<br><br>Trial Date: October 20, 2014 |

///

///

///

**DECLARATION OF PROPOSED CLASS COUNSEL RICHARD M. GOLOMB IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK

I, RICHARD M. GOLOMB, declare that:

1. I am managing shareholder and founding partner of Golomb & Honik, P.C. I graduated from American University with a B.A. in Political Science in 1980. I received my Juris Doctor degree from Nova Southeastern University Law School in 1983. I have been admitted to practice law in the State of New Jersey and the Commonwealth of Pennsylvania since 1984 and 1985 respectively. Since 1998, I have been a shareholder in Golomb & Honik, P.C., where I have served clients nationwide in the areas of consumer class action litigation, pharmaceutical litigation, mass torts, and personal injury. I have served as president of the Philadelphia Trial Lawyers Association and I currently sit on the Board of Governors of the Pennsylvania Association for Justice. I also served as an officer of the American Association for Justice for three years. I was part of the legal team that was recently named as a finalist for the 2012 Trial Lawyer of the Year Award in connection with my work on behalf of wronged consumers against three dozen banks. I have extensive experience in the litigation of class action claims under consumer protection statutes.

2. I have been involved in this litigation since November 2012. Prior to the establishment of this MDL in April 2012 I worked extensively in prosecuting *Knowles v. Google Inc.*, *Scott v. Google Inc.* (*Scott II*), and *Brinkman v. Google Inc.* I worked with co-counsel to respond to Google's MDL petition, and to develop a workable and efficient plan for the conduct of the plaintiffs' cases in the event of consolidation or coordination by the Judicial Panel on Multi-District Litigation. Shortly after the MDL was established, I was appointed to serve on the Plaintiffs' Executive Committee. I have worked closely with Lead Counsel and the other members of the Plaintiffs' Executive Committee in all of the briefing presented to the court, and on discovery. The Court is aware of the work product that has been presented on behalf of Plaintiffs in this MDL, and I defer to this Court's judgment regarding the quality of representation by counsel in the MDL to date. I seek appointment as Class Counsel in this action.

3. I was appointed to the Plaintiffs' Executive Committee in *In Re: Checking Account Overdraft Litigation*, Southern District of Florida, Case No. 09-MD-02036-JLK. In

**DECLARATION OF PROPOSED CLASS COUNSEL RICHARD M. GOLOMB IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                                1

1 this capacity and along with co-counsel, I litigated a consumer class action on behalf of bank customers against several of the country's largest banking institutions. My activities in connection with that litigation included: 1) pre-litigation investigation; 2) pleading and motion practice; 3) discovery; 4) appeals arising due to the certification of a national class; 5) exhaustive and lengthy settlement negotiations which led to multi-million dollar settlements; and 6) approval of and judgment on class action settlements.

4. I have served as counsel in more than 50 cases that resulted in million-dollar and multimillion-dollar verdicts and settlements for individual and class action clients.

5. I have worked with Ronald Kovler in this action. Mr. Kovler has participated actively in this litigation to this point, assisting in the preparation of documents including complaints and declarations, putting together documents and information necessary in anticipation of written discovery requests, and communicating with me and co-counsel in a timely fashion as is necessary. It is my firm belief that he is willing and able to continue participating actively in this litigation toward the common goal of fair and reasonable class relief, and stopping Google's alleged violations of state and federal privacy laws.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct, and that I have personal knowledge of the matters stated in this declaration. If called as a witness, I could and would testify competently as to those matters.

Executed on this 24th day of October, 2013 at Philadelphia, Pennsylvania.

*/s/ Richard M. Golomb*
RICHARD M. GOLOMB

**DECLARATION OF PROPOSED CLASS COUNSEL RICHARD M. GOLOMB IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                    2