WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Docket No.: 13-MD-02430-LHK<br><br>**DECLARATION OF PROPOSED CLASS COUNSEL C. LANCE GOULD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Date:    January 16, 2014<br>Time:    1:30 p.m.<br>Judge:   Hon. Lucy H. Koh<br>Place:   Courtroom 8—4th Floor<br><br>Trial Date: October 20, 2014 |

///

///

///

**DECLARATION OF PROPOSED CLASS COUNSEL C. LANCE GOULD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK

I, C. LANCE GOULD, declare that:

1. I am a shareholder of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I have been licensed to practice law in the State of Alabama since 1997. I am also admitted to practice before the Supreme Court of Alabama, the United States District Court for the Northern District of Alabama, the United States District Court for the Middle District of Alabama, the United States District Court for the Southern District of Alabama, the United States Court of Appeals, Eleventh Circuit, the United States District Court for the Eastern District of Arkansas, the United States District Court for the Western District of Arkansas, the United States District Court for the Northern District of Florida, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Tennessee, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas.

2. I have practiced exclusively in litigation matters with an emphasis on complex litigation, which has led to my involvement in class action and/or collective action matters. Some of the class actions and collective actions I have been involved in include: *Danny and Irma Thomas v. Southern Pioneer Life Insurance Company,* in the Circuit Court of Greene County, Arkansas, Civil Action No. 2009-257; *Dolores Dillon, et al. v. MS. Life Insurance Company, n/k/a America Bankers Life Assurance Company of Florida,* in the Circuit Court of Montgomery County, AL, Civil Action No. 08-CV-900291; *Wimbreth Joy Chism, et al. v. The Pantry, Inc. d/b/a Kangaroo Express,* in the United States District Court for the Northern District of Alabama, Civil Action No. 7:09-cv-02194; *Larry Clairday, Jr., et al. v. Tire Kingdom, Inc., et al.,* in the United States District Court for the Southern District of Georgia, Civil Action No. 2:07-CV-00020; *Edith Brown, et al. v. Dollar General Stores, Ltd., et al.,* in the United States District Court for the Northern District of Alabama, Civil Action No. 7:02-CV-673; *Cynthia Richter v. Dolgencorp, Inc., et al.*, in the United States District Court for the Northern District of Alabama, Civil Case No. 7:06-CV-01537; and *Tameka D. Bonner, et al. v. Statewide Healthcare, Inc.,* in the United States District Court for the Middle District of Georgia, Civil Action No.

**DECLARATION OF PROPOSED CLASS COUNSEL C. LANCE GOULD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                    1

4:04-CV-121.

3. I have been involved in this litigation prior to the establishment of the MDL. Shortly after the MDL was established, I was appointed to the Plaintiffs' Executive Committee in this MDL. Since my appointment, I have worked with Lead Counsel and other members of the Plaintiffs' Executive Committee in some of the briefing presented to the court, and on various aspects of discovery. The Court is aware of the work product that has been presented on behalf of Plaintiffs in this MDL, and I defer to this Court's judgment regarding the quality of representation by counsel in the MDL to date.

4. I have worked directly with Brent Scott and Matthew Knowles in this action. These plaintiffs have participated actively in this litigation to this point, assisting in the preparation of documents including complaints and declarations, putting together documents and information necessary in anticipation of written discovery requests, and communicating with me and co-counsel in a timely fashion as is necessary. It is my firm belief that they are willing and able to continue participating actively in this litigation toward the common goal of fair and reasonable class relief, and stopping Google's alleged violations of state and federal privacy laws.

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct, and that I have personal knowledge of the matters stated in this declaration. If called as a witness, I could and would and testify competently as to those matters.

Executed on this 24th day of October, 2013 at Montgomery, Alabama.

*/s/ C. Lance Gould*
C. LANCE GOULD

**DECLARATION OF PROPOSED CLASS COUNSEL C. LANCE GOULD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK                2