WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL** <br><br> Date:   January 16, 2014 <br> Time:   1:30 p.m. <br> Judge:  Hon. Lucy H. Koh <br> Place:  Courtroom 8—4th Floor <br><br> Trial Date: October 20, 2014 |

///

///

///

**ADMINISTRATIVE MOTION TO CONDITIONALLY FILE UNDER SEAL**
5:13-md-02430-LHK                    1

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 79-5 and 7-11, and Civil Judge Lucy H. Koh's Standing Order Regarding Motions to File Under Seal U.S. District dated December 1, 2011 ("Judge Koh Standing Order"), Plaintiffs hereby file this Administrative Motion To Conditionally File Under Seal.

As of October 1, 2013, Civil Local Rule 79-5(e) provides: "If the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ('the Designating Party').  The declaration must be served on the Designating Party on the same day it is filed and a proof of such service must also be filed."

Judge Koh's Standing Order requires a party "seeking to file documents under seal shall also publically e-file, as an exhibit to the administrative motion to file under seal, a proposed public redacted version of the documents[.]"

Plaintiffs and their Counsel present this conditional motion to seal in deference to Google's "Confidential" and "Highly Confidential – Attorneys' Eyes Only" designations under the operative protective order, and in submission to their obligations under the Rules and Orders of this Court.  However, this filing should not be construed as Plaintiffs' or their Counsels' agreement to the sealing of the redactions Plaintiffs have been forced to make to Plaintiffs' Consolidated Motion for Class Certification and its supporting exhibits.  Plaintiffs and their Counsel object to sealing given the document sought to be redacted is a court filing, sealing should not be considered absent a clear, convincing and compelling basis to reject the general rule that judicial records are public records. *See In re NVIDIA Corp. Derivative Litigation No. 125*, 2008 WL 1859067, at *3 (N.D. Cal. 2008).

Plaintiffs submit the following documents under seal, pursuant to Civil L.R. 79-5(e) and this Court's Orders:

1.	Portions of Plaintiffs' Consolidated Motion for Class Certification, at p. 2:17-20; 3:14, 17-23; 4:1-2, 7, 14, 16, 18, 20, 22-26; 5:7, 10-18, 21-22, 25, 27-28; 6:1, 5, 7-8, 11-14, 18-25, 27-28; 7:1-3, 5, 8-12, 15-17; 8:1-18; 11:8; 15:11-13; 19:13-21, 23-25, 27-28; 21:10-17; 26:4-5.

2.	The entirety of Exhibits A, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, S, T, U, V, W, AA, & BB to the Declaration of Proposed Class Counsel Sean F. Rommel In Support of Plaintiffs' Consolidated Motion for Class Certification.

Dated:  October 24, 2013                    CORY WATSON CROWDER & DEGARIS, P.C.

By: */s/ F. Jerome Tapley*
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone:  (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

**PROOF OF SERVICE**

The undersigned certifies that this Administrative Motion and all supporting documents and declarations, as well as unredacted copies of all documents filed and lodged with the Court under seal, have been served on the Designating Party in compliance with Civil L.R. 79-5(e).

Dated: October 24, 2013

By: */s/ F. Jerome Tapley*
CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: ftapley@cwcd.com