WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF HIRLYE R. "RYAN" LUTZ, III RELATING TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| | Date:  January 16, 2014<br>Time:  1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8—4th Floor |
| | Trial Date: October 20, 2014 |

///

///

///

**DECLARATION OF HIRLYE R. "RYAN" LUTZ, III RELATING TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
5:13-md-02430-LHK                                  1

I, Hirlye R. "Ryan" Lutz, III, declare:

1. I am an attorney with the law firm of Cory Watson Crowder & DeGaris, P.C. I am also counsel of record for Plaintiffs Keith Dunbar, Brad Scott ("*Scott* I"), Todd Harrington, Robert Fread, Raphael Carrillo, and the putative Classes they seek to represent. I make this declaration based upon my own personal knowledge except where expressly noted to be on information and belief.

2. This Court has ordered all plaintiffs in this MDL to file a Consolidated Motion for Class Certification by October 24, 2013. Plaintiffs are filing their Consolidated Motion for Class Certification today. Because this filing contains information and references documents which have been marked as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by defendant Google under the terms of the operative protective order in this MDL proceeding, Plaintiffs are filing this Complaint conditionally under seal in accordance with N.D. Civil L.R. 79-5(e), Civil Standing Order Regarding Motions To File Under Seal signed by U.S. District Judge Lucy H. Koh, and N.D. Civil L.R. 7-11.

3. I have been personally involved in the preparation of the Consolidated Motion for Class Certification, including its factual averments. Based upon my own personal knowledge and based on information provided from Co-Lead Counsel, certain factual information recited in the Motion for Class Certification includes information from documents or deposition testimony which Google has marked "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the terms of the operative protective order in this MDL proceeding. Plaintiffs and their Counsel disagree that the information redacted from the Consolidated Motion for Class Certification is entitled to protection under the operative protective order, but have made these redactions in deference to Google's designation of information which it alleges: (1) is subject to protection under the Operative Protective Order; and, (2) is justified to withhold from public disclosure. Google's designations have required redaction of the following:

   a. Portions of Plaintiffs' Consolidated Motion for Class Certification, at p. 2:17-20; 3:14, 17-23; 4:1-2, 7, 14, 16, 18, 20, 22-26; 5:7, 10-18, 21-22, 25, 27-28; 6:1, 5, 7-8, 11-14, 18-25, 27-28; 7:1-3, 5, 8-12, 15-17; 8:1-18; 11:8; 15:11-13; 19:13-21, 23-

1  25, 27-28; 21:10-17; 26:4-5.

     b.    The entirety of Exhibits A, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, S, T, U, V, W, AA, & BB to the Declaration of Proposed Class Counsel Sean F. Rommel In Support of Plaintiffs' Consolidated Motion for Class Certification.

4.    Plaintiffs oppose the sealing of the information that has been redacted in Plaintiffs' Consolidated Motion for Class Certification.

I declare under penalty of perjury under the laws of the States of California and Alabama that the foregoing is true and correct.

Executed this 24th Day of October, 2013, at Birmingham, Alabama.

*/s/ Hirlye R. "Ryan" Lutz, III*
Hirlye R. "Ryan" Lutz, III

**DECLARATION OF HIRLYE R. "RYAN" LUTZ, III RELATING TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
5:13-md-02430-LHK    3