COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No. 5:13-md-002430 LHK (PSG)<br><br>**PROOF OF SERVICE RE UNREDACTED DOCUMENTS RE DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL RE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**(FRCP 5)**<br><br>Judge: Hon. Lucy H. Koh<br>Dept.: Courtroom 8 - 4th Floor |

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My e-mail address is smitam2@cooley.com and my business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below, I served the documents described below in the manners described below:

1. **UNREDACTED EXHIBIT A TO DECLARATION OF STACEY KAPADIA IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL (GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION);**

2. **UNREDACTED EXHIBIT B TO DECLARATION OF STACEY KAPADIA (KAPADIA DECLARATION);**

3. **UNREDACTED EXHIBIT C TO DECLARATION OF STACEY KAPADIA (STEWART DECLARATION AND EXHIBITS A AND B);**

4. **UNREDACTED EXHIBIT A TO DECLARATION OF HAN LEE IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL (CHIN DECLARATION);**

5. **UNREDACTED EXHIBIT B TO DECLARATION OF HAN LEE (CZUBIAK DECLARATION);**

6. **UNREDACTED EXHIBIT C TO DECLARATION OF HAN LEE (HAAMEL DECLARATION);**

7. **UNREDACTED EXHIBIT D TO DECLARATION OF HAN LEE (STEWART DECLARATION AND EXHIBITS A AND B);**

8. **UNREDACTED EXHIBIT E TO DECLARATION OF HAN LEE (SOMVICHIAN DECLARATION AND EXHIBITS N AND S)**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

| *Attorneys for Plaintiffs Keith Dunbar, Brad Scott and Todd Harrington* | **Kirk J. Wolden**<br>Carter Wolden Curtis, LLP<br>1111 Exposition Blvd., Ste. 1<br>Sacramento, CA  95815<br>Phone: (916) 567-1111<br>Fax:    (916) 567-1112<br>Email: kirk@cwclawfirm.com |
|---|---|
| *Attorneys for Plaintiffs Keith Dunbar, Brad Scott and Todd Harrington* | **F. Jerome Tapley**<br>**Hirlye R. (Ryan) Lutz, III**<br>Cory Watson Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL  35205<br>Phone: (205) 328-2200<br>Fax:    (205) 324-7896<br>Email: jtapley@cwcd.com |

| *Attorneys for Plaintiffs Keith Dunbar, Brad Scott and Todd Harrington* | **James Clark Wyly**<br>**Sean F. Rommel**<br>Wyly-Rommel, PLLC<br>4004 Texas Blvd.<br>Texarkana, TX  75503<br>Phone: (903) 334-8646<br>Fax:     (903) 334-8645<br>Email: srommel@wylyrommel.com |
|---|---|

And by

☒    (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such documents) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

on the following parties in this action:

| *Attorneys for Plaintiffs Keith Dunbar, Brad Scott and Todd Harrington* | **James Clark Wyly**<br>**Sean F. Rommel**<br>Wyly-Rommel, PLLC<br>4004 Texas Blvd.<br>Texarkana, TX  75503<br>Phone: (903) 334-8646<br>Fax:     (903) 334-8645<br>Email: srommel@wylyrommel.com |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 22, 2013, at San Francisco, California.

/s/ Amy McCowan Smith
Amy McCowan Smith

1341775 /SF