COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

QUINN EMANUEL URQUHART & SULLIVAN, LLP
KATHLEEN M. SULLIVAN (242261)
(kathleensullivan@quinnemanuel.com)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 5:13-md-02430 LHK (PSG)<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT A STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Lucy H. Koh<br>Trial Date: Not yet set |

I, Whitty Somvichian, declare as follows:

**1.** I am an attorney licensed to practice law in the state of California, and am a partner at Cooley LLP. I am counsel of record for Defendant Google Inc. ("Google") in this matter. I make this declaration based on my personal knowledge, and if called as a witness I could and would testify to the matters herein.

**2.** Pursuant to Civil Local Rule 7-11, I sent an email on December 6, 2013 to lead counsel for Plaintiffs (Sean Rommel, Kirk Wolden, and Jerome Tapley) asking whether Plaintiffs could stipulate to the submission of Judge Grewal's December 3, 2013 order in *In re Google, Inc. Privacy Policy Litig.*, No. 5:12-cv-01382-PSG, ECF No. 67 (N.D. Cal. Dec. 3, 2013) as supplemental authority in support of Google's Motion for § 1292(b) Certification for Interlocutory Review (ECF No. 80). I attached a copy of that authority with my email to Plaintiffs' counsel.

**3.** I received an initial response from Mr. Wolden asking for further clarification on the request, which I provided by email.

**4.** As of the time of this filing, I have not received a response indicating Plaintiffs' position on whether they can stipulate to Google's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2013, in San Francisco, California.

/s/ Whitty Somvichian
Whitty Somvichian