```
 1  WYLY~ROMMEL, PLLC
    Sean F. Rommel (Pro Hac Vice)
 2  Email: srommel@wylyrommel.com
    4004 Texas Boulevard
 3  Texarkana, Texas 75503
    Telephone: (903) 334-8646
 4  Facsimile: (903) 334-8645

 5  CORY WATSON CROWDER & DEGARIS, P.C.
    F. Jerome Tapley (Pro Hac Vice)
 6  Email: jtapley@cwcd.com
    2131 Magnolia Avenue
 7  Birmingham, Alabama 35205
    Telephone: (205) 328-2200
 8  Facsimile: (205) 324-7896

 9  Plaintiffs' Co-Lead Counsel

10  CARTER WOLDEN CURTIS, LLP
    Kirk J. Wolden (SBN 138902)
11  Email: kirk@cwclawfirm.com
    1111 Exposition Boulevard, Suite 602
12  Sacramento, California 95815
    Telephone: (916) 567-1111
13  Facsimile:  (916) 567-1112

14  Plaintiffs' Liaison Counsel
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **DECLARATION OF MATTHEW D. GREEN, PH.D., IN REPLY AND IN SUPPORT OF THE CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Date:    January 16, 2014<br>Time:   1:30 p.m.<br>Judge:  Hon. Lucy H. Koh<br>Place:   Courtroom 8—4th Floor<br><br>Trial Date: October 20, 2014 |

# Exhibit "B"

[DOCUMENT FILED UNDER SEAL]

**DECLARATION OF MATTHEW D. GREEN, Ph.D., IN REPLY AND IN SUPPORT OF THE CONSOLIDATED MOTION FOR CLASS CERTIFICATION**
5:13-MD-002430-LHK

1  Clifford L. Carter, SBN 149621
   Kirk J. Wolden, SBN 138902
2  CARTER WOLDEN CURTIS
   1111 Exposition Boulevard, Suite 602
3  Sacramento, California 95815
   Telephone: (916) 467-9488
4  Email: cliff@cwclawfirm.com, kirk@cwclawfirm.com

5  Sean F. Rommel (*Pro Hac Vice*)
   James C. Wyly (*Pro Hac Vice*)
6  WYLY~ROMMEL, PLLC
   4004 Texas Boulevard
7  Texarkana, Texas 75503
   Telephone: (903) 334-8646, Facsimile: (903) 334-8645
8  Email: srommel@wylyrommel.com, jwyly@wylyrommel.com

9  F. Jerome Tapley (*Pro Hac Vice*)
   Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
10 CORY WATSON CROWDER & DEGARIS, P.C.
   2131 Magnolia Avenue
11 Birmingham, Alabama 35205
   Telephone: (205) 328-2200; Facsimile: (205) 324-7896
12 Email: jtapley@cwcd.com, rlutz@cwcd.com

13 *Attorneys for Plaintiff and the Class*

14              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15                     **SAN JOSE DIVISION**

16 | KEITH DUNBAR, individually and on behalf of those similarly situated, | Case No.: 5:12-cv-03305-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF MATTHEW D. GREEN, Ph.D., IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| GOOGLE, INC., | |
| Defendant. | Date:     April 18, 2013<br>Time:     1:30 p.m.<br>Judge:    Hon. Lucy H. Koh<br>Location: Courtroom 5, 4th Floor |

25      I, Matthew D. Green, Ph.D., under penalty of perjury pursuant to 28 U.S.C. § 1746,

26 hereby make the following Supplemental Declaration in support of Plaintiff's Notice of and

27 Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class

28 Certification, and state as follows:

01127572-1  SUPPLEMENTAL DECLARATION OF MATTHEW D. GREEN, Ph.D., TO
PLAINTIFF'S NOTICE OF AND MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 5:12-cv-003305-LHK                    1

1.     On January 28, 2013, I submitted a declaration in support of Mr. Dunbar's Motion for Class Certification.  Since that time, I have read Google's Opposition papers and believe the papers mischaracterize my findings from 2011 and from my recent Declaration.  In addition, I am writing in response to some of the other assertions about the data flow and Gmail infrastructure at issue.

2.     I base my analysis on a review of several documents.  These include all of the documents mentioned in all of my previous Declarations, as well as the following:

Declaration of Sean Rommel in Support of Motion for Class Certification and Exhibits;

Excerpts from Deposition of Thompson Gawley, attached as Exhibit C to Declaration of Sean Rommel in Support of Motion for Class Certification;

Google's Response to Plaintiff's Motion for Class Certification;

Declaration of Deepak Jindal in Support of Google's Response to Plaintiff's Motion for Class Certification;

The following pages produced by Keith Dunbar:

Exemplar pages from DUNBAR000215-464;

DUNBAR000447-463;

The following pages produced by Google:

GOOG000732639-641;

GOOG000733365;

GOOG000733009-011;

GOOG000000562-568;

GOOG000733356-357;

GOOG000000033-44;

GOOG000000263;

GOOG000000419;

GOOG000707879-893;

GOOG000707760;

GOOG000707717;

1. GOOG000707752;
2. GOOG000002544;
3. GOOG000002480-89;
4. GOOG000725256-279;
5. GOOG000750171-175;
6. GOOG000749680-719;
7. GOOG000749601-602;
8. GOOG000749592-596;
9. GOOG000749588-591;
10. GOOG000749584-586;
11. GOOG000749548;
12. GOOG000749541;
13. GOOG000749537;
14. GOOG000749529;
15. GOOG000749459-462;
16. GOOG000751365-372;
17. GOOG000751347-349;
18. GOOG000751325-335;
19. GOOG000751281-302;
20. GOOG000751155-157;
21. GOOG000751132;
22. GOOG000750712-747;
23. GOOG000749413-418;
24. GOOG000737487-488;
25. GOOG000749361-364;
26. GOOG000749076-077;
27. GOOG000746292-315;
28. GOOG000765823-860;

1. GOOG000752120-156; and
2. GOOG000319256-260.

3. I have been asked to provide my opinion on several matters related to the Motion for Class Certification and the Opposition. Specifically, the questions I have been asked to consider are:

- Does internal Gmail email meta-data contain sufficient information to indicate that an interception or 'delivery scan' was performed on a specific email?
- Does Gmail provide a uniform scanning process, despite the fact that some portions of the email (*e.g.,* email attachments) are not scanned?
- Do Google documents indicate the possibility of multiple interceptions and/or scans on a single email?

4. My opinions on these matters are informed by internal documents provided by Google, as well as the interrogatory responses Google provided in the *Marquis* matter.

5. [REDACTED]

---

[1] Protocol buffers are a form of data structure developed by Google in order to handle mixed data. They are used extensively throughout the Gmail system.

1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. [redacted] Jindal Decl. par. 9, p. 4.
7. 8. [redacted]
8. [redacted]
9. [redacted]
10. [redacted]
11. [redacted]
12. [redacted]
13. [redacted]
14. [redacted]
15. [redacted]
16. [redacted]
17. [redacted]
18. [redacted]
19. [redacted]
20. [redacted]
21. [redacted]
22. [redacted]
23. [redacted]
24. [redacted]
25. [redacted]
26. [redacted]
27. [redacted]
28. [redacted]

1
2
3
4
5
6
7           **Gmail processes email in a uniform manner:** Mr. Deepak Jindal provides
8  several additional notes about Google's scanning process.
9
10
11        13.     In my opinion, these facts are not relevant to the question of whether Google
12  performs a uniform interception and scan of received emails.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Redacted content on lines 1–6]

7  16. **Possibility of multiple scans:** [Redacted]

[Redacted content on lines 8–19]

Dated: March 28, 2013.

/s/ *Matthew D. Green*
Matthew D. Green, Ph.D