COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Google Inc.*

WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Interim Co-Lead Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No. 5:13-md-002430 LHK (PSG)<br><br>**STIPULATION TO EXTEND TIME**<br><br>Courtroom: 8 – 4th Floor<br>Judge: Hon. Lucy H. Koh |

WHEREAS this Court set a deadline of January 2, 2014 for Defendant Google, Inc. to file its response in Support of Plaintiffs' Administrative Motion to Conditionally File Under Seal accompanying its Reply in Support of Plaintiffs' Consolidated Motion for Class Certification and its supporting exhibits (the "Sealing Motion") (Dkt. No. 76 (Minute Order and Case Management

Order);

WHEREAS, the parties have agreed to extend the time to file the Sealing Motion by one week in accommodation of the upcoming holidays and related family obligations and travel schedules, and, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, to request an order enlarging the time to file such Motion;

WHEREAS, such enlargement will have no additional effect on the schedule for this case;

IT IS HEREBY STIPULATED by the parties that they mutually request that the court extend the deadline to file the Sealing Motion from January 2, 2014 to January 9, 2014.

1  IT IS SO STIPULATED, THROUGH COUNSEL.

2

3  DATED: December 20, 2013        /s/ *Whitty Somvichian*
                                    Whitty Somvichian
4                                   Attorney for Defendant Google Inc.

5

6  DATED: December 20, 2013        /s/ *F. Jerome Tapley*
                                    F. Jerome Tapley
7                                   Plaintiffs' Co-Lead Counsel

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10 DATED: 12/30/2013                *Lucy H. Koh*
                                    Honorable Lucy H. Koh
11                                  United States District Judge

12

...

25

26 *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

27

28

1346888 /SF                  1.              STIPULATION TO EXTEND TIME
                                             5:13-MD-002430-LHK (PSG)