COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.  5:13-md-02430 LHK (PSG)<br><br>**STATEMENT OF RECENT DECISION RE DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Civ. L.R. 7-3(d)(2)**<br><br>Hearing on Plaintiffs' Motion for Class Certification to be held on:<br><br>Date:          January 16, 2014<br>Time:         1:30 p.m.<br>Judge:        Hon. Lucy H. Koh<br>Dept.:         Courtroom 8 - 4th Floor<br><br>Trial Date:  October 20, 2014 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STATEMENT OF RECENT DECISION RE
GOOGLE'S OPPOS. TO PLFS' MOTION FOR CLASS CERT.
CASE NO. 5:13-MD-02430-LHK (PSG)

STATEMENT OF RECENT DECISION

Defendant Google Inc. ("Google") respectfully submits for the Court's consideration the recent decision of:

- *Lou v. Ma Labs., Inc.,* No. C 12-05409 WHA, 2014 U.S. Dist. LEXIS 2665 (N.D. Cal. Jan. 8, 2014) (Alsup, J.) (holding that proposed class counsel could not fairly and adequately represent the interests of the putative class where counsel simultaneously represented another class with the same claims against the same defendants in a parallel proceeding).  A true and correct copy of the decision is attached hereto as **Exhibit A**.

This case is relevant to Google's Opposition to Plaintiffs' Motion for Class Certification.

Dated:  January 15, 2014               COOLEY LLP
                                       MICHAEL G. RHODES (116127)
                                       WHITTY SOMVICHIAN (194463)
                                       KYLE C. WONG (224021)


                                       */s/ Whitty Somvichian*
                                       Whitty Somvichian (194463)
                                       Attorneys for Defendant GOOGLE INC.

1349640 /SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STATEMENT OF RECENT DECISION RE
GOOGLE'S OPPOS. TO PLFS' MOTION FOR CLASS CERT.
CASE NO. 5:13-MD-02430-LHK (PSG)**