UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> **ALL ACTIONS** | Case No.: 5:13-MD-2430-LHK <br><br> ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the hearing on the Motion for Class Certification and the Case Management Conference set for January 16, 2014, at 1:30 p.m. to April 17, 2014, at 1:30 p.m. All other dates in the case schedule remain as set. ECF No. 76.

**IT IS SO ORDERED.**

Dated: January 15, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-MD-02430-LHK
ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE