UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 5:13-MD-2430-LHK<br><br>ORDER ADVANCING HEARING ON MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE |

The Court ADVANCES the hearing on class certification and case management conference set for March 13, 2014, at 1:30 p.m. to February 27, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 17, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.:  13-MD-02430-LHK
ORDER ADVANCING HEARING ON MOTION FOR CLASS CERTIFICATION AND CASE MANAGEMENT CONFERENCE