COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:       (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.  5:13-md-02430 LHK (PSG)<br><br>**STATEMENT OF RECENT DECISION RE DEFENDANT GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Civ. L.R. 7-3(d)(2)**<br><br>Hearing on Plaintiffs' Motion for Class Certification to be held on:<br><br>Date:           February 27, 2014<br>Time:          1:30 p.m.<br>Judge:        Hon. Lucy H. Koh<br>Dept.:         Courtroom 8 - 4th Floor<br><br>Trial Date:  October 20, 2014 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STATEMENT OF RECENT DECISION RE
GOOGLE'S OPPOS. TO PLFS' MOTION FOR CLASS CERT.
CASE NO. 5:13-MD-02430-LHK (PSG)

STATEMENT OF RECENT DECISION

Defendant Google Inc. ("Google") respectfully submits for the Court's consideration the recent decision of:

- *Berger v. Home Depot USA, Inc.,* No. 11-55592, 2014 U.S. App. LEXIS 2059, at *17 (9th Cir. Feb. 3, 2014) (Gould, J.) (holding that class certification was properly denied where individual evidence would be required to determine whether the representations at issue were actually made to each member of the class). A true and correct copy of the decision is attached hereto as **Exhibit A**.

This case is relevant to Google's Opposition to Plaintiffs' Motion for Class Certification.

Dated:  February 6, 2014                COOLEY LLP
                                        MICHAEL G. RHODES (116127)
                                        WHITTY SOMVICHIAN (194463)
                                        KYLE C. WONG (224021)


                                        */s/ Whitty Somvichian*
                                        Whitty Somvichian (194463)
                                        Attorneys for Defendant GOOGLE INC.

1352541 /SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STATEMENT OF RECENT DECISION RE
GOOGLE'S OPPOS. TO PLFS' MOTION FOR CLASS CERT.
CASE NO. 5:13-MD-02430-LHK (PSG)