Thomas R. Burke (CA State Bar No. 141930)
Jonathan L. Segal (CA State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            thomasburke@dwt.com
                      jonathansegal@dwt.com

Attorneys for Media Intervenors

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE GMAIL LITIGATION | Case No. 5:13-md-02430-LHK |
| | **[PROPOSED] ORDER GRANTING NON-PARTY PRESS ORGANIZATIONS' MOTION TO INTERVENE** |
| | Date:   June 19, 2014<br>Time:   1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom:  8-4th Floor |

DAVIS WRIGHT TREMAINE LLP

Having considered the pleadings, records, and files, the Court hereby GRANTS Non-Party Press Organizations' (the "Media Intervenors") Motion to Intervene.  The Court, therefore, authorizes the Media Intervenors to intervene for the limited purpose of challenging restrictions on the public's right of access in this matter; and DENIES the Parties' Motion to seal.

IT IS SO ORDERED.

Dated:  February \_\_\_\_, 2014

Judge Lucy Koh
United States District Court