Thomas R. Burke (CA State Bar No. 141930)
Jonathan L. Segal (CA State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
jonathansegal@dwt.com

Attorneys for Media Intervenors

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE GMAIL LITIGATION | Case No. 5:13-md-02430-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY PRESS ORGANIZATIONS' MOTION TO INTERVENE**<br><br>Date: June 19, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8-4th Floor |

[PROPOSED] ORDER
Case No. 5:13-md-02430-LHK
DWT 23576667v1 0085000-002036

1   Having considered the pleadings, records, and files, the Court hereby GRANTS Non-Party
2   Press Organizations' (the "Media Intervenors") Motion to Intervene. The Court, therefore,
3   authorizes the Media Intervenors to intervene for the limited purpose of challenging restrictions on
4   the public's right of access in this matter; and DENIES the Parties' Motion to seal.

6   IT IS SO ORDERED.

8   Dated:  February _____, 2014

    Judge Lucy Koh
9   United States District Court

DAVIS WRIGHT TREMAINE LLP

1

[PROPOSED] ORDER
Case No. 5:13-md-02430-LHK
DWT 23576667v1 0085000-002036