UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 5:13-MD-2430-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION TO SHORTEN TIME |

On February 19, 2014, various media entities filed a Motion to Intervene noticed for June 19, 2014, the Court's next available hearing date, for the purposes of opposing the parties' motions to seal related to the pending motion for class certification. *See* ECF No. 136. Along with the Motion to Intervene, the putative intervenors also filed an Ex Parte Application to Shorten Time to Hear the Motion to Intervene. *See* ECF No. 135. Defendant Google filed a response to putative intervenors' Ex Parte Application. *See* ECF No. 138.

In their Ex Parte Application, the putative intervenors seek to have their Motion to Intervene heard on February 27, 2014, the hearing date set for the class certification motion. *See* ECF No. 135. The putative intervenors seek expedited consideration of their Motion to Intervene for two reasons. First, putative intervenors contend that expedited consideration of their Motion to Intervene is warranted in light of the importance of the sealing issues. *Id.* Second, putative intervenors contend that hearing their Motion on February 27, 2014 would be efficient as it would

1

Case No.: 13-MD-02430-LHK
ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION TO SHORTEN TIME

avoid requiring the parties to travel for another hearing date. *Id.* The Court, however, finds that a hearing on the Motion to Intervene is unnecessary under Civil Local Rule 7-1(b), and accordingly VACATES the hearing set for June 19, 2014. This moots putative intervenors' second concern regarding requiring travel for another hearing date.

However, the Court recognizes the importance of putative intervenors' concerns regarding public access to judicial proceedings. The Court therefore expedites briefing on the Motion to Intervene. The parties shall file any response to the Motion to Intervene by March 3, 2014, and putative intervenors shall file any reply by March 7, 2014. Once briefing is complete, the Motion to Intervene will be deemed submitted without oral argument.

For the foregoing reasons, putative intervenors' Ex Parte Application is GRANTED in part and DENIED in part.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 13-MD-02430-LHK
ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION TO SHORTEN TIME