United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown
Reporter: Summer Fisher

Plaintiffs' Attorneys: Sean Rommel, Jerome Tapley, Kirk Wolden
Defendant's Attorneys: Michael Rhodes, Whitty Somvichian, Kyle Wong

    The Court held a Case Management Conference in these consolidated actions on February 27, 2014. A further Case Management Conference is set for April 24, 2014, at 1:30 p.m.

    The Court CONTINUED the private mediation deadline from March 15, 2014 to April 24, 2014.

    The remainder of the case schedule remains as set:

FACT DISCOVERY CUTOFF: April 3, 2014

EXPERT DISCOVERY:
    Opening Expert Reports: April 17, 2014
    Rebuttal Expert Reports: May 1, 2014
    Close of Expert Discovery: May 15, 2014

DEADLINE TO FILE DISPOSITIVE MOTIONS: May 29, 2014. The parties are limited to one dispositive motion per side in the entire case. The last day for the hearing on dispositive motions is July 17, 2014, at 1:30 p.m.

FINAL PRETRIAL CONFERENCE: September 25, 2014, at 1:30 p.m.

JURY TRIAL: October 20, 2014, at 9 a.m. Trial is expected to last 9 days.

Case No.: 13-MD-02430-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
LUCY H. KOH
United States District Judge