1  COOLEY LLP
   MICHAEL G. RHODES (116127)
2  (rhodesmg@cooley.com)
   WHITTY SOMVICHIAN (194463)
3  (wsomvichian@cooley.com)
   KYLE C. WONG (224021)
4  (kwong@cooley.com)
5  101 California Street, 5th Floor
   San Francisco, CA 94111-5800
6  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
7

8  Attorneys for Defendant
   GOOGLE INC.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  IN RE GOOGLE INC. GMAIL         Case No.  5:13-md-02430 LHK (PSG)
    LITIGATION
15                                  NOTICE OF INTENT TO REQUEST
                                    REDACTION OF TRANSCRIPT OF CLASS
16                                  CERTIFICATION HEARING

17                                  Dept.:    Courtroom 8 - 4th Floor
                                    Judge:    Hon. Lucy H. Koh
18

19       Notice is hereby given that, pursuant to General Order No. 59 and the form referenced

20  therein, Google Inc. ("Google") will move the Court for redaction of portions of the transcript of

21  the hearing on Plaintiffs' Motion for Class Certification ("Transcript") (Docket No. 148) within

22  21 days from March 6, 2014, the date the Transcript was filed with the Clerk of the Court.  The

23  hearing occurred on February 27, 2014 and was reported by Summer Fisher, the official Court

24  Reporter.  Google will move to redact information that is "Highly Confidential—Attorneys' Eyes

25  Only" under the Protective Order governing this case (Docket No. 48) and was not publicly

26  reported in press accounts of the hearing.  Pursuant to General Order No. 59, Google will serve

27  the motion on all parties and the Court Reporter.

28  //

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1357007/SF                    1.

NOTICE OF INTENT TO REQUEST REDACTION OF
TRANSCRIPT OF CLASS CERTIFICATION HEARING -
CASE NO. 5:13-MD-02430-LHK (PSG)

1   Dated:  March 13, 2014                    COOLEY LLP
2                                             MICHAEL G. RHODES (116127)
                                              WHITTY SOMVICHIAN (194463)
3                                             KYLE C. WONG (224021)

4                                             /s/ Whitty Somvichian
5                                             Whitty Somvichian (194463)
                                              Attorneys for Defendant GOOGLE INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1357007/SF                                    2.

NOTICE OF INTENT TO REQUEST REDACTION OF
TRANSCRIPT OF CLASS CERTIFICATION HEARING -
CASE NO. 5:13-MD-02430-LHK (PSG)

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California.  I am employed in San Francisco County, State of California.  I am over the age of eighteen years, and not a party to the within action.  My e-mail address is keudaley@cooley.com and my business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California  94111-5800.  On March 13, 2014, I served the following documents in the manner described below:

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF CLASS CERTIFICATION HEARING**

☒   (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such documents described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☒   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following:

        Summer Fisher, Court Reporter
        U.S. District Court – Northern District
        San Jose Courthouse
        280 South 1st Street
        San Jose, CA 95113
        email:  Summer_Fisher@cand.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 13, 2014, at San Francisco, California.

*Kathy Eudaley*
_____
Kathy Eudaley

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1357007/SF

3.

NOTICE OF INTENT TO REQUEST REDACTION OF
TRANSCRIPT OF CLASS CERTIFICATION HEARING -
CASE NO. 5:13-MD-02430-LHK (PSG)