UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 5:13-MD-2430-LHK<br><br>ORDER RE: NOTICE OF INTENT TO REQUEST REDACTIONS |

The Court ORDERS Google to file a notice indicating which lines of the transcript it seeks to redact by March 17, 2014, at 8 p.m.

**IT IS SO ORDERED.**

Dated: March 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 13-MD-02430-LHK
ORDER RE: NOTICE OF INTENT TO REQUEST REDACTIONS