**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ORDER GRANTING STIPULATION TO DEFER CASE SCHEDULING DEADLINES PENDING PARTIES' SCHEDULED MEDIATION |

The Court GRANTS the parties' stipulation to stay discovery pending the mediation set for April 23, 2014. *See* ECF No. 160. If the case is not resolved at the mediation, the parties shall file a proposal regarding pending discovery by April 23, 2014. In making such a proposal, the parties shall be mindful that the Court will not alter the deadline to file dispositive motions (May 29, 2014), the dispositive motion hearing date (July 17, 2014 at 1:30 p.m.), the final pretrial conference (September 5, 2014 at 1:30 p.m.), or the trial date (October 20, 2014 at 9 a.m.). *See* ECF No. 147.

**IT IS SO ORDERED.**

Dated: March 24, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-MD-02430-LHK
ORDER GRANTING STIPULATION TO DEFER CASE SCHEDULING DEADLINES PENDING PARTIES' SCHEDULED MEDIATION