UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

In line with this Court's March 24, 2014, order granting the parties' stipulation to defer scheduling deadlines, ECF No. 161, the parties shall file a joint case management statement by no later than 8 a.m. on April 24, 2014 addressing the following issues: (1) the status of any settlement following the April 23, 2014 mediation session; (2) if the case has not resolved, a proposal regarding pending discovery mindful of the fact that the Court will not alter the dispositive motion filing deadline (May 29, 2014), the dispositive motion hearing date (July 17, 2014 at 1:30 p.m.), the final pretrial conference (September 5, 2014 at 1:30 p.m.), or the trial date (October 20, 2014 at 9 a.m.); and (3) any other matters the parties believe need to be addressed at the April 24, 2014 Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-MD-02430-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT