WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

COOLEY LLP
Michael G. Rhodes (116127)
Email: rhodesmg@cooley.com
Whitty Somvichian (194463)
Email: wsomvichian@cooley.com
Kyle C. Wong (224021)
Email: kwong@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Google Inc.*

Additional Counsel on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    April 24, 2014<br>Time:    11:00 a.m.<br>Judge:   Hon. Lucy H. Koh<br>Place:   Courtroom 8—4th Floor |

Pursuant to this Court's April 23, 2014 Order Directing the parties To File A Joint Case
Management Statement (ECF No. 169), Plaintiffs and Defendant Google Inc. ("Google")
hereby submit this Supplemental Joint Case Management Statement.

**1.**     <u>**Mediation**</u>

The Parties remain engaged in mediation discussions.

**2.**     <u>**Scheduling**</u>

The Parties propose minor alterations to the Scheduling Order; these changes will not affect the dispositive motions hearing date or the trial date:

| | |
|---|---|
| Discovery Cut-off:[1] | May 23, 2014 |
| Initial Expert Reports: | May 30, 2014 |
| Rebuttal Expert Reports: | June 12, 2014 |
| Dispositive Motions: | June 12, 2014 |
| Expert Discovery Cut-off: | June 19, 2014 |
| Dispositive Motion Response: | June 26, 2014 |
| Dispositive Motion Reply: | July 3, 2014 |

///

///

///

///

///

///

///

///

///

///

///

///

---

[1] Only for the completion of discovery that was pending at the time the stay was entered (ECF No. 161).

**JOINT CASE MANAGEMENT STATEMENT**
5:13-MD-002430-LHK

Respectfully submitted,

Dated:  April 24, 2014

CORY WATSON CROWDER & DEGARIS, P.C.

By:   */s/ F. Jerome Tapley*
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

*Plaintiffs' Co-Lead Counsel*

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden (SBN 138902)
Email: kirk@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone:  (916) 567-1111
Facsimile:  (916) 567-1112

*Plaintiffs' Liaison Counsel*

Dated: April 24, 2014

COOLEY LLP

By:   */s/ Whitty Somvichian* (with permission)
WHITTY SOMVICHIAN (SBN 194463)
Email: wsomvichian@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorney for Defendant*

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, F. Jerome Tapley hereby attests that concurrence in the filing of this document has been obtained from Whitty Somvichian on April 23, 2014.*

**JOINT CASE MANAGEMENT STATEMENT**
5:13-MD-002430-LHK