UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown                Plaintiffs' Attorneys: Sean Rommel, Jerome Tapley, Kirk
Reporter:  Lee-Anne Shortridge                     Wolden
                                                                    Defendant's Attorneys: Michael Rhodes, Whitty Somvichian

The Court held a Case Management Conference in these coordinated actions on April 24, 2014. A further Case Management Conference is set for July 17, 2014, at 1:30 p.m.

The Court altered the case schedule as follows:

FACT DISCOVERY CUTOFF: May 23, 2014.

EXPERT DISCOVERY:
    Opening Expert Reports: May 30, 2014
    Rebuttal Expert Reports: June 12, 2014
    Close of Expert Discovery: June 19, 2014

SCHEDULE FOR DISPOSITIVE MOTIONS:
    Deadline to File Motions: June 12, 2014
    Deadline to File Oppositions: June 26, 2014
    Deadline to File Replies: July 3, 2014
    Hearing: July 17, 2014 at 1:30 p.m.
The parties are limited to one dispositive motion per side.

FINAL PRETRIAL CONFERENCE: September 25, 2014 at 1:30 p.m.

JURY TRIAL: October 20, 2014 at 9 a.m. Trial is expected to last 12 days.

Case No.: 13-MD-02430-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: April 24, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-MD-02430-LHK
CASE MANAGEMENT ORDER