FILED

MAY 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEITH DUNBAR; et al.,<br><br>    Plaintiffs - Petitioners,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant - Respondent. | No. 14-80044<br><br>D.C. No. 5:13-md-02430-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: LEAVY, CALLAHAN, and HURWITZ, Circuit Judges.

Petitioners' motion to seal the petition for permission to appeal is granted. Respondent's request to seal the appendix in support of the opposition to the petition for permission to appeal is granted.

The court, in its discretion, denies the petition for permission to appeal the district court's March 18, 2014 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

KS/MOATT