COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Google Inc.*

WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645

CORY WATSON CROWDER & DEGARIS, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br><br>*Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.); *Scott et al. v. Google Inc.*, Case No. 5:12-cv-03413-LHK (N.D. Cal.); *Scott v. Google Inc.*, Case No. 4:12-cv-00614-CAS (N.D. Fla.); *Knowles v. Google Inc.*, Case No. 1:12-cv-02022-WMN (D. Md.); *Kovler v. Google Inc.*, Case No. 2:12-cv-06699-AB (E.D. Pa.); and *Fread et al. v. Google Inc.*, Case No. 5:13-cv-01961-LHK (N.D. Cal.) | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN ACTIONS** |

///

///

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN ACTIONS**
5:13-MD-002430-LHK

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), the below-identified Plaintiffs and Defendant Google Inc. (collectively, the "Parties") hereby stipulate to dismiss with prejudice certain actions as follows:

WHEREAS, the following Plaintiffs filed individual complaints against Google: (1) Keith Dunbar, *Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.); (2) Brad Scott and Todd Harrington, *Brad Scott and Todd Harrington v. Google Inc.*, Case No. 5:12-cv-03413-LHK (N.D. Cal.); (3) Brent Matthew Scott, *Brent Matthew Scott v. Google Inc.*, Case No. 4:12-cv-00614-CAS (N.D. Fla.); (4) Matthew Knowles, *Knowles v. Google Inc.*, Case No. 1:12-cv-02022-WMN (D. Md.); (5) Ronald Kovler, *Kovler v. Google Inc.*, Case No. 2:12-cv-06699-AB (E.D. Pa.); and (6) Robert Fread, and Raphael Carrillo, *Fread, et al. v. Google Inc.*, Case No. 5:13-cv-01961-HRL (N.D. Cal.) -- (all referred to hereinafter as "Stipulating Plaintiffs.").

WHEREAS, the following Stipulating Plaintiffs' complaints were transferred by the Judicial Panel for Multi-District Litigation to Judge Lucy H. Koh of the Northern District of California (the "Court") for coordinated proceedings entitled, *In re: Google Inc. Gmail Litigation* ("MDL 2430"), Case No. 5:13-MD-02430-LHK: (1) Keith Dunbar, *Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.); (2) Brad Scott and Todd Harrington, *Brad Scott and Todd Harrington v. Google Inc.*, Case No. 5:12-cv-03413-LHK (N.D. Cal.); (3) Brent Matthew Scott, *Brent Matthew Scott v. Google Inc.*, Case No. 4:12-cv-00614-CAS (N.D. Fla.); (4) Matthew Knowles, *Knowles v. Google Inc.*, Case No. 1:12-cv-02022-WMN (D. Md.); (5) Ronald Kovler, *Kovler v. Google Inc.*, Case No. 2:12-cv-06699-AB (E.D. Pa.).

WHEREAS Stipulating Plaintiffs Fread and Carillo subsequently filed their case; and on May 6, 2013, the Court ordered the *Fread Gmail Action* to be related to *In re: Google Inc. Gmail Litigation* ("MDL 2430"), Case No. 5:13-MD-02430-LHK.

WHEREAS Google previously filed a counterclaim against Plaintiff Dunbar in *Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.).

WHEREAS Stipulating Plaintiffs subsequently filed a Consolidated Individual and Class Action Complaint with the Court on May 16, 2013, alleging Google's automated

scanning of email in its Gmail service violates various state and federal wiretapping laws, including: (1) the Electronic Communications Privacy Act of 1985, 18 U.S.C. §§ 2510, *et seq.*; (2) California's Invasion of Privacy Act, Cal. Penal Code §§ 630, *et seq.*; (3) Maryland Courts and Judicial Proceedings Code Ann. §§ 10-402, *et seq.*; and (4) Florida Statute §§ 934.03, *et seq.*

WHEREAS, Stipulating Plaintiffs subsequently filed a Consolidated Motion for Class Certification seeking certification of various classes. On March 18, 2014, the Court denied the class certification motion with prejudice, and Stipulating Plaintiffs sought interlocutory review under Federal Rule of Civil Procedure 23(f). On May 12, 2014, the Ninth Circuit Court of Appeals denied Stipulating Plaintiffs' Rule 23(f) petition.

WHEREAS, Stipulating Plaintiffs and Google have each considered the uncertainties of further litigation, trial, and potential appeals in this matter; the costs, risks, and delays associated with the litigation process; and the benefits of the proposed settlement; and the Parties have entered into a settlement agreement to resolve their disputes.

WHEREAS, this stipulation does not concern any claims other than those of Stipulating Plaintiffs.

WHEREAS Google does not admit any liability or wrongdoing of any kind and to the contrary disputes all claims and allegations in Plaintiffs' individual and consolidated actions.

IT IS HEREBY STIPULATED

(1) Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii) that the causes of actions and claims of the Stipulating Plaintiffs as originally filed by them in *Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.); *Brad Scott and Todd Harrington v. Google Inc.*, Case No. 5:12-cv-03413-LHK (N.D. Cal.); *Brent Matthew Scott v. Google Inc.*, Case No. 4:12-cv-00614-CAS (N.D. Fla.); *Knowles v. Google Inc.*, Case No. 1:12-cv-02022-WMN (D. Md.); and *Kovler v. Google Inc.*, Case No. 2:12-cv-06699-AB (E.D. Pa.), are dismissed with prejudice.

(2) Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii) that the causes of action and

| | | |
|---|---|---|
| 1 | | claims of the Stipulating Plaintiffs as alleged in Plaintiffs' First Amended |
| 2 | | Consolidated Individual and Class Action Complaint or as otherwise asserted in |
| 3 | | *In re: Google Inc. Gmail Litigation* ("MDL 2430"), Case No. 5:13-MD-02430- |
| 4 | | LHK are dismissed with prejudice. |
| 5 | (3) | Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii) and 41(c) that any |
| 6 | | counterclaims of Google against Plaintiff Dunbar, including the counterclaim |
| 7 | | asserted in *Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.), |
| 8 | | are dismissed with prejudice. |
| 9 | (4) | That the following matters be dismissed in their entirety: (1) *Dunbar v. Google Inc.*, Case No. 5:12-cv-03305-LHK (N.D. Cal.); (2) *Brad Scott and Todd Harrington v. Google Inc.*, Case No. 5:12-cv-03413-LHK (N.D. Cal.); (3) *Brent Matthew Scott v. Google Inc.*, Case No. 4:12-cv-00614-CAS (N.D. Fla.); (4) K*nowles v. Google Inc.*, Case No. 1:12-cv-02022-WMN (D. Md.); (5) *Kovler v. Google Inc.*, Case No. 2:12-cv-06699-AB (E.D. Pa.); and (6) *Fread, et al. v. Google Inc.*, Case No. 5:13-cv-01961-HRL (N.D. Cal.). |

IT IS SO STIPULATED, THROUGH COUNSEL.

DATED: May 22, 2014        /s/ *Whitty Somvichian*
                           Whitty Somvichian
                           Attorney for Defendant Google Inc.

DATED: May 22, 2014        /s/ *F. Jerome Tapley*
                           F. Jerome Tapley
                           Plaintiffs' Counsel for Plaintiffs Keith Dunbar, Brad Scott, Todd Harrington, Robert Fread, and Raphael Carrillo

DATED: May 22, 2014        /s/ *Richard M. Golomb*
                           Richard M. Golomb
                           Counsel for Plaintiff Ronald Kovler

DATED: May 22, 2014        /s/ *C. Lance Gould*
                           C. Lance Gould
                           Counsel for Plaintiffs Brent Matthew Scott and Matthew Knowles

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*