UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 13-MD-02430-LHK<br><br>ORDER RE: STIPULATION OF<br>DISMISSAL OF CERTAIN ACTIONS |

Pursuant to the parties' Stipulation of Dismissal of Certain Actions, ECF No. 175, the Clerk shall close the following case files: *Dunbar v. Google,* No. 12-CV-3305-LHK; *Scott v. Google*, No. 12-CV-3413-LHK; *Scott v. Google*, No. 13-CV-1599-LHK (formerly No. 12-CV-614-CAS (N.D. Fla.)); *Knowles v. Google*, No. 13-CV-1601-LHK (formerly No. 12-CV-2022-WMN (D. Md.)); *Kovler v. Google*, No. 13-CV-1607-LHK (formerly *Brinkman v. Google*, No. 12-CV-6699-AB (E.D. Pa.)); *Fread v. Google*, No. 13-1961-LHK; and *In re: Google Inc. Gmail Litigation*, No. 13-MD-2430-LHK. The Clerk shall not terminate pending motions in 13-MD-2430-LHK.

The remaining parties, A.K. and Google, shall make further filings in *A.K. v. Google*, No. 13-CV-1600-LHK (formerly No. 12-CV-1179-GPM (S.D. Ill.)). With respect to these remaining parties, the case schedule remains as set in this Court's April 24, 2014 Case Management Order. *See* Case No. 13-MD-2430-LHK, ECF No. 172.

1

Case No.: 13-MD-02430-LHK
ORDER RE: STIPULATION OF DISMISSAL OF CERTAIN ACTIONS

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 13-MD-02430-LHK
ORDER RE: STIPULATION OF DISMISSAL OF CERTAIN ACTIONS