KERR & WAGSTAFFE LLP
James M. Wagstaffe (95535)
Email: wagstaffe@kerrwagstaffe.com
Michael K. Ng (237915)
Email: mng@kerrwagstaffe.com
Brady R. Dewar (252776)
Email: dewar@kerrwagstaffe.com
101 Mission St., Fl. 18
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

GOLDENBERG HELLER ANTOGNOLI AND ROWLAND, P.C.
Thomas P. Rosenfeld (*Pro Hac Vice*)
Email: tom@ghalaw.com
Kevin P. Green (*Pro Hac Vice*)
2227 S. State Route 157
Edwardsville, IL 62025
Telephone: 618-656-5150
Email: kevin@ghalaw.com

*Counsel for Plaintiffs*

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br><br>*A.K., as Next Friend of Minor J.K. v. Google Inc.*, Case No. 3:12-cv-01179-PMK (S.D. Ill.) | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF A.K., AS NEXT FRIEND OF MINOR J.K.** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
5:13-MD-002430-LHK

1   Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiffs A.K. as Next Friend of Minor J.K., and J.K., who attained majority on July 12, 2014 ("Stipulating Plaintiffs") and Defendant Google Inc. (collectively, the "Parties") hereby stipulate to dismiss with prejudice certain claims and actions as follows:

WHEREAS, Stipulating Plaintiffs filed an individual complaint against Google, Inc. in the United States District Court for the Southern District of Illinois, *A.K., as Next Friend of Minor J.K.*, Case No. 3:12-cv-01179-PMK (S.D. Ill.).

WHEREAS, Stipulating Plaintiffs' complaint was transferred by the Judicial Panel for Multi-District Litigation to Judge Lucy H. Koh of the Northern District of California (the "Court") for coordinated proceedings entitled, *In re: Google Inc. Gmail Litigation* ("MDL 2430"), Case No. 5:13-MD-02430-LHK.

WHEREAS Stipulating Plaintiffs subsequently filed, along with other plaintiffs in the multi-district litigation, a Consolidated Individual and Class Action Complaint.

WHEREAS, Stipulating Plaintiffs subsequently filed, along with other plaintiffs in the multi-district litigation, a Consolidated Motion for Class Certification seeking certification of various classes. On March 18, 2014, the Court denied the class certification motion with prejudice, and Stipulating Plaintiffs, along with other plaintiffs in the multi-district litigation, sought interlocutory review under Federal Rule of Civil Procedure 23(f). On May 12, 2014, the Ninth Circuit Court of Appeals denied the Rule 23(f) petition.

WHEREAS, Stipulating Plaintiffs and Google have each considered the uncertainties of further litigation, trial, and potential appeals in this matter; the costs, risks, and delays associated with the litigation process; and the benefits of the proposed settlement; and the Parties have entered into a settlement agreement to resolve their disputes.

WHEREAS Plaintiff J.K. turned 18 years of age on July 12, 2014, attaining majority, and has executed the settlement agreement.

WHEREAS, this stipulation does not concern any claims other than those of Stipulating Plaintiffs.

**STIPULATION OF DISMISSAL WITH PREJUDICE**
5:13-MD-002430-LHK                    1

1 WHEREAS Google does not admit any liability or wrongdoing of any kind and to the
2 contrary disputes all claims and allegations in Stipulating Plaintiffs' individual and consolidated
3 actions.

4 IT IS HEREBY STIPULATED:

5 (1) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the causes of
6 actions and claims of the Stipulating Plaintiffs as originally filed by them in *A.K.*,
7 *as Next Friend of Minor J.K.*, Case No. 3:12-cv-01179 (S.D. Ill.), are dismissed
8 with prejudice, and that the matter be dismissed in its entirety.

9 (2) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the causes of
10 action and claims of the Stipulating Plaintiffs as alleged in Plaintiffs' First
11 Amended Consolidated Individual and Class Action Complaint or as otherwise
12 asserted in *In re: Google Inc. Gmail Litigation* ("MDL 2430"), Case No. 5:13-
13 MD-02430- LHK are dismissed with prejudice, and that the matter be dismissed
14 in its entirety.

15 IT IS SO STIPULATED, THROUGH COUNSEL.

17 Dated: July 14, 2014          KERR & WAGSTAFFE LLP

19 By: _____/s/ Michael K. Ng_____
     Michael K. Ng.
20   *Plaintiffs' Counsel*

23 Dated: July 14, 2014          COOLEY L.L.P.

24 By: _____/s/ Whitty Somvichian_____
     Whitty Somvichian
25   *Plaintiffs' Counsel*

27 *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Michael K. Ng hereby attests that concurrence in the filing of this document has been obtained.*