COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GOOGLE INC. GMAIL LITIGATION

Case No. 5:13-md-02430 LHK (PSG)

**DECLARATION OF HAN LEE IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL** [D123]

Date: January 16, 2014
Time: 1:30 p.m.
Dept.: Courtroom 8 - 4th Floor
Judge: Hon. Lucy H. Koh

[PUBLIC REDACTED VERSION]

# Exhibit B

(Exhibit A-1 to Reply Declaration of Proposed Class Counsel Sean F. Rommel in Support of Plaintiffs' Consolidated Motion for Class Certification)

[Re: ECF No. 113-1]

**FILED UNDER SEAL PER JUDGE KOH'S AUGUST 6, 2014 ORDER [ECF NO. 180]**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21346093

DECL. OF LEE ISO GOOGLE INC.'S
ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 5:13-MD-02430 LHK (PSG)

| | |
|---|---|
| 1 | WYLY~ROMMEL, PLLC<br>Sean F. Rommel (*Pro Hac Vice*) |
| 2 | Email: srommel@wylyrommel.com<br>4004 Texas Boulevard |
| 3 | Texarkana, Texas 75503<br>Telephone: (903) 334-8646 |
| 4 | Facsimile: (903) 334-8645 |
| 5 | CORY WATSON CROWDER & DEGARIS, P.C.<br>F. Jerome Tapley (*Pro Hac Vice*) |
| 6 | Email: jtapley@cwcd.com<br>2131 Magnolia Avenue |
| 7 | Birmingham, Alabama 35205<br>Telephone: (205) 328-2200 |
| 8 | Facsimile: (205) 324-7896 |
| 9 | *Plaintiffs' Co-Lead Counsel* |
| 10 | CARTER WOLDEN CURTIS, LLP<br>Kirk J. Wolden (SBN 138902) |
| 11 | Email: kirk@cwclawfirm.com<br>1111 Exposition Boulevard, Suite 602 |
| 12 | Sacramento, California 95815<br>Telephone: (916) 567-1111 |
| 13 | Facsimile: (916) 567-1112 |
| 14 | *Plaintiffs' Liaison Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Master Docket No.: 13-MD-02430-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **REPLY DECLARATION OF PROPOSED CLASS COUNSEL SEAN F. ROMMEL IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 16, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8  4th Floor<br><br>Trial Date: October 20, 2014 |

# Exhibit "A-1"

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

REPLY DECLARATION OF PROPOSED CLASS COUNSEL SEAN F. ROMMEL IN
SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS
CERTIFICATION
5:13-MD-002430-LHK

HIGHLY CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5
6    IN RE GOOGLE INC. GMAIL     No.
     LITIGATION.                 5:13-MD-002430 LHK (PSG)
7    _____/
8
9              -- HIGHLY CONFIDENTIAL --
10
11
12
13      Videotaped Federal Rule 30(b)(6) deposition of
14      GOOGLE INC., by BRANDON LONG, taken at the offices
15      of Cooley LLP, 101 California Street, San Francisco,
16      California, commencing at 9:58 A.M., on Wednesday,
17      August 28, 2013, before Leslie Rockwood, RPR,
18      CSR No. 3462.
19
20
21
22
23
24   Job No. 1720764A
25   Pages 1 - 84
```

Page 1

HIGHLY CONFIDENTIAL

```
 1   this data flow.
 2         A.   So ███████████, the message is ██
     ███████████ ████████████████████████████
     ███████████████████████████ information about the
 5   message.                                         11:01:26
 6         Q.   Does the ██████████████████
     █████████ to the message?
 8         MR. SOMVICHIAN:  Objection.  Vague and
 9   ambiguous.
10         THE WITNESS:  It -- ████████████████        11:01:44
11   but it -- the information from the █████████████
12   █████████████████████████████████████████████████
13   █████████████████████████████████████████████
14         Q.   BY MR. TAPLEY:  All right.  So where is the
15   message at this point in time ██████████████      11:02:26
16   ████ is doing what it does to the message?
17         MR. SOMVICHIAN:  Objection.  Vague and
18   ambiguous.
19         THE WITNESS:  There is a ████████████████
20   █████████████ there is a ██████████████████       11:02:39
21   █████████████████████████ and there's a ████████
22   █████████████████████████████
23         Q.   BY MR. TAPLEY:  Is the Gmail recipient able to
24   view the message at this point?
25         A.   No.                                    11:03:05
```

Page 38

```
 1       Q.  All right.  What happens ███████████████████
 2   ███████████████
 3       A.  The message is ████████████████████████████
 4   ████████
 5       Q.  Again?                                          11:03:28
 6       A.  Yes.
 7       Q.  And what happens next?
 8       A.  The message is next --████████████████████████
 9   ████████████████████████████████████████████████████████
10   ████████████████████                                    11:04:00
11       Q.  Is the message readable by the Gmail recipient
12   at this point?
13       A.  No.
14       Q.  All right.  So we've got sort of a fork in the
15   road where something different may happen to a Google   11:04:25
16   Apps message than a Gmail.com message?
17       A.  Yes.
18       Q.  Is this the first time we've taken a fork?  Have
19   we missed a prior fork?
20       A.  There have ████████████ -- not -- the things    11:04:38
21   before this are ████████████████  I guess.  There was
22   ████████████████████████████████████████████████████████
23   ██████████████████████████████████ but this is the █████
24   ██████████████████████████████
25       Q.  Okay.  Then I want to -- I want us to focus on  11:05:06
```

Page 39

HIGHLY CONFIDENTIAL

```
 1        A.   There are multiple web interfaces, and then yes;
 2   otherwise, your email client -- an email client, yes.
 3        Q.   Are there email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4   ▮▮▮▮▮▮▮▮▮▮
 5        A.   To my knowledge, no.                              11:30:51
 6        Q.   Let's go back to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the fork.  What happens next?
 8        A.   What happens next depends on what the ▮▮▮▮▮
 9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                             11:32:19
11   messages.  Those ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ they can
12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or they can
13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ they can ▮▮▮▮▮
14   contents of the message.
15        Q.   Are there a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at             11:32:42
16   the ▮▮▮▮▮▮▮▮
17        A.   Yes, there are certainly ▮▮▮▮▮▮▮▮▮▮
18   ▮▮▮▮▮
19        Q.   Is there essentially a checklist that you can
20   choose what you want from it, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            11:33:03
21   ▮▮▮▮
22        A.   You -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ consists of,
23   you know, a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24   ▮▮▮▮▮
25        Q.   Does Google allow for a ▮▮▮▮▮▮▮▮▮ or           11:33:19
```

Page 53



```
 1   they          that essentially you check the box which
 2   ones you would like to apply?
 3       A.   These -- these are -- the
 4   
 5   Otherwise, I'm not sure what the difference is between a      11:33:43
 6   check box and a -- I don't -- there is a limited set of
 7   what you can do              yes.
 8       Q.   Okay.  Can you                    or is there a
 9   set of --
10       A.   You                                                  11:33:59
11       as --
12       Q.   The
13                            Is that fair enough?
14       A.   That is correct.
15       Q.   When was                           to the            11:34:42
16   Gmail process?
17       A.   I'm not -- it was
18                  It was used previously to that, but I'm
19   not familiar with how it was used prior to that.
20       Q.   What information from the                            11:35:25
21   process does the Gmail delivery team use?
22       A.   The Gmail delivery team?  So in
23   the          so that the
24   
25                                                                 11:35:51
```

Page 54

```
 1   ▉▉▉▉▉▉▉▉▉▉▉      I don't know if --
 2        Q.   Okay.  That's why we're doing this, to make sure
 3   I've got it right.
 4        A.   That's an important question.
 5        Q.   Thank you.  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉       12:42:46
 6   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
 7        A.   Yes.
 8        Q.   And then to ▉▉▉▉▉▉▉▉▉▉▉▉▉
 9        A.   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉
10   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉      12:43:07
11        Q.   And next back to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
12   ▉▉▉▉
13        A.   Yes.
14        Q.   Then next to ▉▉▉▉▉▉
15        A.   Yes.                                          12:43:22
16        Q.   Now, I don't understand what happens after
17   ▉▉▉▉▉▉▉  I thought I understood from the Interrogatory
18   Responses before I got here today that ▉▉▉▉▉▉▉▉▉▉
19   ▉▉▉▉▉▉▉▉▉▉▉▉▉  but we didn't talk about that earlier
20   this morning.  So tell me what's next after ▉▉▉▉▉▉  12:43:54
21        A.   It -- the message ▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉
22   the message is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  As part
23   of that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ would be ▉▉▉▉▉▉▉
24   ▉▉▉▉▉▉▉▉ to return the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
25   ▉▉▉▉▉▉  Those documents are also ▉▉▉▉▉▉▉▉▉▉▉     12:44:23
```

Page 61