COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION | Case No. 5:13-md-02430 LHK (PSG)<br><br>**DEFENDANT GOOGLE INC.'S MOTION TO SUPPLEMENT FILING, ECF NOS. 183-86**<br><br>Dept.:    Courtroom 8 - 4th Floor<br>Judge:    Hon. Lucy H. Koh |

On August 13, 2014, Defendant Google Inc. ("Google") filed revised redacted versions of documents previously submitted under seal, pursuant to this Court's August 6, 2014 Order Granting in Part and Denying in Part Administrative Motions to File Under Seal ("Order").  One document, Exhibit O to the Declaration of Sean F. Rommel in Support of Plaintiffs' Consolidated Motion for Class Certification ("Rommel Ex. O"), was inadvertently omitted from Google's August 13, 2014 filing.  Google now files a redacted version of Rommel Ex. O to supplement ECF Nos. 183 through 186, pursuant to the Order.

//

//

//

//

| | |
|---|---|
| Dated:  August 25, 2014 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>WHITTY SOMVICHIAN (194463)<br>KYLE C. WONG (224921)<br><br>/s/ Whitty Somvichian<br>Whitty Somvichian (194463)<br>Attorneys for Defendant<br>GOOGLE INC. |

109840119