UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 13-MD-02430-LHK<br><br>ORDER GRANTING MOTION TO SUPPLEMENT FILING |

Defendant Google Inc.'s motion to supplement its filing pursuant to the Court's August 6, 2014, Order Granting in Part and Denying in Part Administrative Motions to File Under Seal, ECF No. 180, is GRANTED.

**IT IS SO ORDERED.**

Dated: August 26, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-MD-02430-LHK
ORDER GRANTING MOTION TO SUPPLEMENT FILING