1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RYAN CORLEY, et al., | Case No. 5:16-cv-00473 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 5:13-md-02430 LHK, *In re Google Inc. Gmail Litigation.*

IT IS SO ORDERED.

Date:  February 1, 2016

Nathanael M. Cousins
United States Magistrate Judge